

250 Waltham Street, West Newton, Massachusetts 02465
T: 617.964.5350    F: 617.965.4072    www.fessenden.org

May 5, 2016

Dear Fessenden Alumni, Parents of Alumni, Parents, and Friends,

As many of you know, in October 2011, we wrote to more than 7,500 alumni, parents of alumni, parents of current students, and friends of the School to share our concern that sexual abuse of students had occurred at Fessenden in the 1970s. At the same time, we proactively shared our concerns with the news media, and the *Boston Globe* wrote an article and an editorial supporting our efforts to shine a light on this dark period in our history and the terrible issue of sexual abuse. We felt it was important to publicly acknowledge that the intolerable conduct of decades past likely involved more victims and to apologize on behalf of the School to those who were harmed. We expected that our 2011 outreach would encourage additional survivors of abuse to come forward, and we were resolved to help in the healing process if we could. The letter, which is also posted to our website, can be read here.

After our 2011 outreach, I was contacted directly by four alumni who wanted to share with me their own experiences of sexual abuse in the 1960s and 1970s. I was also contacted by former students who, while not personally abused, had concerns about the possible mistreatment of fellow students. In the years following our 2011 letter, eight additional alumni have contacted the School through legal counsel about sexual abuse in the 1960s and 1970s. In total, the School has received reports of sexual abuse involving at least sixteen former students and one non-student by at least five individuals who were members of our community. We have also received accounts from alumni that certain members of the School's administration in the 1960s and 1970s were informed of instances of sexual abuse and, according to these alumni, failed to take appropriate action. In view of the reports provided by former students, the School has removed the name of Robert P.T. Coffin, headmaster from 1967 to 1980, from the Fessenden ice rink.

As I am sure you are aware, the issue of sexual abuse at independent schools has been widely reported, particularly in recent months. We anticipate that the *Boston Globe* will be publishing an article about sexual abuse in New England independent schools and that the history of sexual abuse at Fessenden will be included in that coverage. I recently met with a reporter from the *Boston Globe* and shared what we have learned since first reaching out to the community in 2011. Several former students from the 1960s and 1970s have also been interviewed by the *Globe* and have shared information about their abuse. Their accounts and some portions of my interview will likely be published. The coverage may include criticism related to how we have responded since 2011 to the egregious actions in the School's past—there are those who believe we have shared too openly and others who feel we have not been transparent enough. I have made every effort, with the full support of our Board of Trustees, to model our School's values of honesty, compassion, and respect in every decision and action.

*(Letter From Headmaster David B. Stettler, page 2 of 2)*

It is important to recognize that Fessenden today is a very different place than it was decades ago, and the School continues to change and grow. Our community regularly participates in personal safety, wellness, and boundaries training, and a character education program is woven into the fabric of the School. We are resolute in our commitment to protect our students and have zero tolerance for sexual misconduct or abuse. Our community continually strives to ensure that our boys feel comfortable to be themselves, to discover their passions, and to reach out to members of the faculty and staff with any type of concern. We are proud of today's healthy relationships between faculty and students, and of our unwavering dedication to the safety and well-being of our boys. I encourage you to contact me to discuss any questions or concerns that you may have.

Sincerely,

David B. Stettler
Headmaster