UNITED STATES DISTRICT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FABIANA HILLARY MCLEOD, KARINA MCLEOD, and MARK MCLEOD,<br><br>Plaintiffs,<br><br>vs.<br><br>SOLOMON J. KUMIN, THE FESSENDEN SCHOOL, PRIMO "HOWIE" LEUNG, MARK HANSEN, LINDA HANSEN, ALYSSA HANSEN, JOSEPH R. LAREAU, NUNU LAPHAI TYRELL BREWSTER, COUNSELOR DOE, COUNSELOR ROE, DONALD G. BRAMLEY, IAN LORING, MICHAEL R. MACH, MICHAEL P. MURRAY, JEFFREY ALLEN, CHRISTOPHER BARTEL, MELISA L. BERMAN, STEPHANIE M. BUCCI, TARA B. CIONGOLI, BRUCE C. DAYTON, EDWARD V. DENOBLE, ROBERT M. DICKEY, JENNIFER MUGAR FLAHERTY, CHARLES K. FADEL, KEITH B. GELB, CRAIG N. GEMMELL, MICHAEL S. GORDON, GRACE R. HOFFMANN, SUSAN B. LEVINE, PAMELA E. LOMAX, MARK C. MOORE, ELIZABETH H. MUNRO, PETER M. MULDERRY, V. G. NARAYANAN, CHRISTIAN NOLEN, STEVEN M. PECK, RACHEL E. SKIFFER, THOMAS S. ROBERTS, CHRISTINE L. TODD, DAVIDE D. VISCO, ROBERT L. WALDRON, JENNIFER L. STIER, PETER C. WELCH, TRUSTEE DOE, TRUSTEE ROE, DAVID B. STETTLER, KENNETH HOWE, and UNITED EDUCATORS,<br><br>Defendants. | C.A. No. 1-21-cv-10807 |

**NOTICE OF APPEARANCE**

TO THE CLERK OF THE ABOVE-NAMED COURT:

Pursuant to Fed. R. Civ. P. 11., please enter the appearance of Robert P. Powers, as counsel for the Defendants, The Fessenden School, David B. Stettler, Kenneth Howe, Mark Hansen, Linda Hansen, Alyssa Hansen, Joseph R. Lareau, NuNu Laphi, Tyrell Brewster, Solomon J. Kumin, Keith B. Gelb, Christopher Bartel, Tara B. Ciongoli, Jeffery Allen; Stephanie M. Bucci, Susan B. Levine, Christine L, Todd, Davide D. Visco, Melisa L. Berman, Donald G. Bramley, Ian Loring, Michael R. Mach, Michael P. Murray, Bruce C. Dayton, Edward V. Denoble, Robert M. Dickey, Jennifer Mugar Flaherty, Charles K. Fadel, Craig N. Gemmell, Michael S. Gordon, Grace R. Hoffmann, Pamela E. Lomax, Mark C. Moore, Elizabeth H. Munro, Peter M. Mulderry, V.G. Narayanan, Christian Nolen, Steven M. Peck, Rachel E. Skiffer, Robert L. Waldron, Jennifer L. Stier, Peter C. Welch, Thomas S. Roberts and United Educators, in the above-captioned matter.

                                                   **Defendants,**
By their attorney,

/s/ Robert P. Powers
Robert P. Powers, BBO #544691
Melick & Porter, LLP
One Liberty Square, 7th Floor
Boston, Massachusetts 02109
Telephone:  (617) 523-6200
Facsimile:  (617) 523-8130
rpowers@melicklaw.com

Dated: July 16, 2021

## **CERTIFICATE OF SERVICE**

      I, Robert P. Powers, hereby certify that this document filed through the ECF System will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this date.

Domenic Paolini, Esq.
Richard M. Haley, Esq.
Paolini & Haley
400 Tradecenter Drive
Suite 5900
Woburn, MA 01801

                                                                /s/ Robert P. Powers
Dated: July 16, 2021                                           Robert P. Powers