UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| Fabiana Hillary McLeod, et al, | ) |
| Plaintiffs, | ) |
| vs. | ) C.A. No. 1:21-cv-10807 |
| The Fessenden School, et al, | ) |
| Defendants. | ) |

**DEFENDANT UNITED EDUCATORS' RULE 42(b) MOTION TO SEVER AND STAY PLAINTIFFS' BAD FAITH INSURANCE CLAIMS**

Pursuant to F.R.Civ.P 42(b), the Defendant, United Educators, and respectfully requests that this Honorable Court  sever the Plaintiffs' bad faith insurance claims against it (Counts LIX and LX), and stay these claims pending disposition of the tort claims asserted against the remaining defendants.  Both state and federal courts have recognized the benefits of s severing and staying claims for unfair settlement practices against an insurance company pending resolution of underlying tort claims against its insureds. *See, e.g., Maroun v. Norfolk & Dedham Mutual Fire Insurance Company*, 2021 WL 413620, at *1 (D.Mass. 2021)(and collected cases).

Allowing the bad faith and underlying tort claims to proceed simultaneously would be unfairly prejudicial because it would compromise United Educators' ability to defend its insureds against the tort claims by exposing confidential attorney-client communications, investigative work product, and mental impressions of counsel to discovery. Allowing these claims to proceed simultaneously would also improperly raise issues of insurance in the tort case against United Educators' insureds.  Litigation of bad faith claims is also premature because the liability of United

Educators' insureds has yet to be determined.  The unfair settlement claims would not be viable if United Educators' insureds are not found liable.  *Id.*

In further support of its motion, United Educators also relies on the attached memorandum of law.

                                              Respectfully submitted,
                                              UNITED EDUCATORS
                                              by its attorneys,

                                              */s/ Michael J. Mazurczak*
                                              Robert P. Powers, BBO #544691
                                              rpowers@melicklaw.com
                                              Michael J. Mazurczak, BBO #555106
                                              mmazurczak@melicklaw.com
                                              Lauren C. Roche, BBO: #707661
                                              lroche@melicklaw.com
                                              Melick & Porter, LLP
                                              One Liberty Square, 7th Floor
                                              Boston, Massachusetts 02109
                                              Telephone:  (617) 523-6200

Dated: July 29, 2021

## CERTIFICATE OF SERVICE

      I, Michael J. Mazurczak, hereby certify that this document filed through the ECF System will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this date.

Domenic Paolini, Esq.
Richard M. Haley, Esq.
Paolini & Haley
400 Tradecenter Drive, Suite 5900
Woburn, MA 01801

                                              */s/ Michael J. Mazurczak*
                                              Michael J. Mazurczak

Dated: July 29, 2021