

Checklist

# Camps on Campus



A recent review of underwriting data shows that over half of all UE members host camps and recreational or academic programs for minors on their campuses. In fact, over 15 million children visit UE member campuses for these programs each year. With so many minors attending camps on campus, colleges and universities are advised to review their risk management practices and assess effectiveness.

Camp directors, youth programs specialists, conference and event managers, and administrators are encouraged to use this checklist for guidance on topics such as facilities and equipment, staffing, protecting minors, emergency planning, and contracts and insurance. Use it to increase the likelihood of a safe experience for campers and protect the institution from camp-related legal liability or adverse publicity.

For each question, check the appropriate "Yes" or "No" box. Review any box checked "No" to determine whether the suggested practice or an alternate measure is possible to reduce risk. Use the "Actions Needed" box to identify any follow-up actions your institution may wish to take.



## A. Facilities and Equipment

**Actions Needed**

■ Before the camp begins do you:

- Identify all anticipated camp facilities and the department or person that oversees their use, such as:
    - Classrooms? ☐ Yes ☐ No
    - Theaters? ☐ Yes ☐ No
    - Laboratories? ☐ Yes ☐ No
    - Athletic facilities? ☐ Yes ☐ No
    - Parking? ☐ Yes ☐ No
    - Housing? ☐ Yes ☐ No
    - Food service? ☐ Yes ☐ No
    - Health facilities? ☐ Yes ☐ No
    - Off-campus spaces? ☐ Yes ☐ No
    - Other? ☐ Yes ☐ No
- Receive permission from the relevant person or department to use all anticipated facilities? ☐ Yes ☐ No
- Consult with relevant departments or groups with substantial experience running their own camps on campus, such as:
    - Facilities? ☐ Yes ☐ No
    - Security? ☐ Yes ☐ No
    - Risk management? ☐ Yes ☐ No
    - Environmental health and safety? ☐ Yes ☐ No
    - Athletics? ☐ Yes ☐ No
    - Theater? ☐ Yes ☐ No
- Inspect all camp facilities for issues including:
    - Tripping hazards (for example, uneven ground surface or debris)? ☐ Yes ☐ No
    - Construction or maintenance work occurring at the same time as the camp? ☐ Yes ☐ No
    - Overgrown trees or shrubs? ☐ Yes ☐ No
    - Inability to prevent trespassers from gaining access to a building or space, unlocked doors, faulty windows, or key control? ☐ Yes ☐ No
    - Unsafe height risks, such as climbing walls, high ropes courses, zip lines, or jungle gyms that are not regularly inspected or maintained? ☐ Yes ☐ No
- Correct or mitigate all hazards identified during the inspection? ☐ Yes ☐ No
- Identify all camp-related equipment? ☐ Yes ☐ No
- Inspect all camp-related equipment for defects? ☐ Yes ☐ No
- Correct equipment defects or find alternate equipment? ☐ Yes ☐ No
    - Contact local building inspectors to review and inspect any temporary structures, such as tents, if necessary? ☐ Yes ☐ No

■ While the camp is in operation, do you:

- Regularly inspect facilities and equipment for hazards or defects? ☐ Yes ☐ No
- Correct the hazards or defects or remove the equipment from use? ☐ Yes ☐ No

## B. Staffing

### Hiring

- Do you conduct background checks in compliance with your own institutional policies and state and local laws or regulations? ☐ Yes ☐ No
- Prior to the camp's commencement, do you train all staff and volunteers on:
  - Supervising campers during structured and unstructured time including:
    - Meal times? ☐ Yes ☐ No
    - Bathroom trips? ☐ Yes ☐ No
    - Locker room visits? ☐ Yes ☐ No
    - Nighttime (if an overnight camp)? ☐ Yes ☐ No
    - Free-time activities? ☐ Yes ☐ No
  - Interacting with campers to promote their physical and emotional safety? ☐ Yes ☐ No
  - Appropriate electronic interaction outside of camp, including text messaging and social media? ☐ Yes ☐ No
  - Managing camper behavior without using corporal punishment or verbal abuse? ☐ Yes ☐ No
  - Taking camper attendance and reporting missing campers? ☐ Yes ☐ No
  - Releasing campers early? ☐ Yes ☐ No
  - Providing campers with adequate breaks? ☐ Yes ☐ No
  - Following emergency procedures for likely camp emergencies? ☐ Yes ☐ No
  - Following camper health care procedures and policies? ☐ Yes ☐ No
  - Completing incident or accident reports? ☐ Yes ☐ No
  - Identifying and reporting suspected child abuse and neglect to camp authorities and the state? ☐ Yes ☐ No
  - Identifying and reporting incidents of discrimination and harassment that may not rise to the level of child abuse and neglect? ☐ Yes ☐ No
- Do you ensure training on these issues for those staff or volunteers who are:
  - Hired or recruited later than the norm? ☐ Yes ☐ No
  - Rehired from previous years? ☐ Yes ☐ No
  - Hired mid-camp to replace another staff member or volunteer? ☐ Yes ☐ No

### Supervising

- To ensure campers are properly supervised, do you:
  - Provide enough staff to meet or exceed the minimum staff-to-camper ratios established by the host institution or state regulations? ☐ Yes ☐ No
  - Screen additional staff or volunteers to have on call in case a staff member does not show or is asked to leave? ☐ Yes ☐ No
  - Follow a policy for investigating alleged wrongdoing by a staff member or volunteer such as the physical or sexual abuse of a camper? ☐ Yes ☐ No
  - Prevent unsupervised access to campers by any staff member or volunteer that is the subject of an investigation for wrongdoing until the investigation is complete? ☐ Yes ☐ No
  - Observe staff behavior regularly? ☐ Yes ☐ No
  - Address promptly any observed inappropriate staff behavior? ☐ Yes ☐ No
  - Ensure the camp complies with all applicable state regulations including licensing requirements and background checks? ☐ Yes ☐ No

*For an overview of camp regulations in your state, go to the* American Camp Association *website.*

**Actions Needed**

## C. Protecting Minors

Protecting minors from harassment, discrimination, and abuse is the responsibility of colleges and universities that host camps. Since 2012—when the Freeh Report describing athletic coach misconduct toward minors at The Pennsylvania State University was published—multiple states have updated or passed youth protection laws. Statutes and institutional policies should be followed closely to guard children and promote compliance.

- Does your institution have a written policy that explains its commitment to protecting minors who participate in institution-sponsored programs on campus, such as:
  - Registration requirements for programs involving minors? ☐ Yes  ☐ No
  - Age, experience, or employment requirements for individuals who oversee programs involving minors? ☐ Yes  ☐ No
  - If direct contact and one-on-one contact between an adult and a child are permitted? ☐ Yes  ☐ No
  - Obligations for reporting suspected child abuse, harassment, or discrimination? ☐ Yes  ☐ No
  - A procedure for notifying the child's parent or guardian in case of incident or emergency? ☐ Yes  ☐ No
- Do all campus constituencies involved in the camp process meet to discuss:
  - Policies and laws that address protection of minors? ☐ Yes  ☐ No
  - The institution's reporting obligations? ☐ Yes  ☐ No
  - Crisis response protocols in the event of child abuse, harassment, or discrimination? ☐ Yes  ☐ No
- When camps on campus are operated by third parties, are these parties:
  - Required to meet the same child protection standards as camps operated by the institution? ☐ Yes  ☐ No
  - Obligated to report incidents of child abuse, harassment, or discrimination to the institution? ☐ Yes  ☐ No
- When hiring employees or enlisting volunteers who work with minors in camps or similar programs:
  - Are background checks used as an initial screening mechanism? ☐ Yes  ☐ No
  - Are protecting minors resources included in staff training, specifically resources age-appropriate for the given camper population? ☐ Yes  ☐ No
  - Are employees and volunteers advised how to report suspected child abuse, harassment, and discrimination? ☐ Yes  ☐ No
- Are incidents of child abuse included in the institution's annual Clery Report? ☐ Yes  ☐ No

### Title IX

Sexual misconduct against minors, whether perpetrated by college employees, volunteers, contractors, or students, is also a form of discrimination covered by Title IX, the federal statute prohibiting discrimination on the basis of sex at any educational institution receiving federal funds. Title IX requires that institutions implement a nondiscrimination policy and select a Title IX coordinator and investigator.

- Does your institution have a written policy that:
  - Establishes that sexual assault includes sexual misconduct involving minors and that each is a type of sex discrimination under Title IX? ☐ Yes  ☐ No
  - Includes examples of conduct prohibited by the policy? ☐ Yes  ☐ No
  - Applies to sexual assault or sexual misconduct involving minors that occurs outside a school program, if the conduct negatively affects a victim's school experience or the overall school environment? ☐ Yes  ☐ No

**Actions Needed**

- Do those individuals with camp oversight meet with the Title IX coordinator to discuss:
  - How camps are operated on campus and how these operations intersect with Title IX?  ☐ Yes  ☐ No
  - How incidents of sexual misconduct are reported?  ☐ Yes  ☐ No

*For more information about protecting minors, see "Checklist for Protecting Minors on Campus: Title IX Issues" and the Protecting Children Learning Program. For more information about the roles and requirements of Title IX coordinators, see "Title IX and Beyond: Title IX Coordinator Roles and Responsibilities Regarding Campus Sexual Violence."*

## D. Instructional Program

- To reduce the risk of camper injuries and liability for those injuries, do you:
  - Ensure that the camp's instructional program is appropriate for the skill level of the campers?  ☐ Yes  ☐ No
  - Explain accurately in the camp's promotional materials the nature of the camp activities, the potential for injuries, and the physical requirements of campers?  ☐ Yes  ☐ No
  - Require campers and their parents, if the campers are minors, to sign a release or an assumption of risk form specifying the nature of camp activities and the potential risks?  ☐ Yes  ☐ No

    *For more information on drafting waivers and releases, see "Checklist for Effective Releases."*
  - Arrange for legal review of camper promotional materials?  ☐ Yes  ☐ No

## E. Health and Medical Care

**Policies and Procedures**

- A camp should have a written health policy that articulates the scope of health care services provided. In addition, do you:
  - Ensure that the camp's written health care policy is reviewed periodically by legal counsel and a physician or registered nurse?  ☐ Yes  ☐ No
  - Document all incidents requiring professional medical treatment?  ☐ Yes  ☐ No
  - Require campers or their parents, if the campers are minors, to sign a permission form allowing the camp to provide routine medical care and seek emergency medical treatment?  ☐ Yes  ☐ No
  - Accommodate campers or minors who arrive on campus with Individualized Educational Plans (IEPs) or Section 504 plans?  ☐ Yes  ☐ No

**Medication Management**

- With respect to prescription and nonprescription medications dispensed at the camp:
  - Are they stored under lock and refrigerated if necessary?  ☐ Yes  ☐ No
  - Are nonprescription drugs dispensed pursuant to the signed instruction of a parent or the camp's written health care procedures?  ☐ Yes  ☐ No
  - Are prescription drugs dispensed pursuant to a physician's directions and with a parent's signed authorization?  ☐ Yes  ☐ No

**Actions Needed**

**Contact and Health Information**

- Do you gather the following information on campers:
  - Current contact information, such as: ☐ Yes ☐ No
    - Name? ☐ Yes ☐ No
    - Date of birth? ☐ Yes ☐ No
    - Age? ☐ Yes ☐ No
    - Phone number of emergency contact? ☐ Yes ☐ No
    - Name and phone number of physician? ☐ Yes ☐ No
    - Name, phone number, and address of the adult responsible for minor campers? ☐ Yes ☐ No
  - Health information, such as:
    - Physical evaluation completed within the past two years? ☐ Yes ☐ No
    - Past medical treatment? ☐ Yes ☐ No
    - Immunizations? ☐ Yes ☐ No
  - Chronic conditions, such as:
    - Allergies? ☐ Yes ☐ No
    - Seizures? ☐ Yes ☐ No
    - Diabetes? ☐ Yes ☐ No
  - Prior to the camp's commencement, do you:
    - Have a trained staff member review each camper's health information to ensure it is complete and that campers with special medical needs are identified? ☐ Yes ☐ No
    - Alert staff members about campers with special medical needs? ☐ Yes ☐ No
    - Provide training for staff members who administer medication or assist students with chronic conditions? ☐ Yes ☐ No

## F. Emergency Planning

- Prior to the camp's commencement, do you notify representatives from the following organizations about the camp's operation:
  - Campus security? ☐ Yes ☐ No
  - Fire officials? ☐ Yes ☐ No
  - Local law enforcement? ☐ Yes ☐ No
- Do you have procedures for handling emergencies including:
  - Alleged physical or sexual abuse of a camper? ☐ Yes ☐ No
  - Fire? ☐ Yes ☐ No
  - Weather? ☐ Yes ☐ No
  - Crime (for example, an assault or homicide)? ☐ Yes ☐ No
  - Lost or missing camper or staff member? ☐ Yes ☐ No
  - Death, illness, or injury of a camper or staff member? ☐ Yes ☐ No
  - Natural disasters endemic to the camp's geographic location? ☐ Yes ☐ No
- Do your procedures for handling emergencies include considerations for campers with:
  - Physical mobility limitations, such as wheelchairs? ☐ Yes ☐ No
  - Visual impairments? ☐ Yes ☐ No
  - Hearing impairments? ☐ Yes ☐ No

**Actions Needed**

| | | |
|---|---|---|
| ▌ Do you have a staff member trained in first aid and CPR on duty at all times during the camp including camp field trips? | ☐ Yes | ☐ No |
| ▌ Do you arrange to provide emergency transportation of campers and staff at all times during the camp? | ☐ Yes | ☐ No |

*Please refer to the next section "Transportation" for important additional considerations.*

| | | |
|---|---|---|
| ▌ Have you assessed the need for an automated external defibrillator (AED) at the camp? | ☐ Yes | ☐ No |
| ▌ Do you have a crisis communications plan that addresses how to communicate factual and up-to-date information with campers, staff, parents, the media, and others in a crisis situation? | ☐ Yes | ☐ No |

*For more information on establishing a crisis communications plan, see Risk Research Bulletin, "A Guide to Developing a Campus Crisis Communications Plan."*

**Actions Needed**

## G. Transportation

### Camp Arrivals, Departures, and Emergencies

▌ Prior to the camp, do you:

| | | |
|---|---|---|
| • Inform parents and staff about designated drop-off and pick-up locations for campers? | ☐ Yes | ☐ No |
| • Inform parents and staff about alternate drop-off and pick-up locations for campers in the event of inclement weather or other potential emergencies? | ☐ Yes | ☐ No |
| • Arrange sufficient parking and traffic control for the camp? | ☐ Yes | ☐ No |

### Driver Qualifications

▌ Do you require that all potential drivers of vehicles transporting campers:

| | | |
|---|---|---|
| • Demonstrate a driving record free of unreasonable violations or offenses? | ☐ Yes | ☐ No |
| • Provide a license that is appropriate for the vehicle to be driven? | ☐ Yes | ☐ No |
| • Be above a minimum age? | ☐ Yes | ☐ No |
| • Pass a safe-driving exam? | ☐ Yes | ☐ No |
| • Receive training on passenger safety issues—for children and adults—such as: | | |
| ◦ Loading and unloading passengers including those with disabilities? | ☐ Yes | ☐ No |
| ◦ Handling a vehicle breakdown? | ☐ Yes | ☐ No |
| ◦ Evacuating the vehicle? | ☐ Yes | ☐ No |
| ◦ Controlling camper behavior while driving? | ☐ Yes | ☐ No |
| ◦ Lowering the student-to-staff ratio when extra supervision is required? | ☐ Yes | ☐ No |
| ◦ Conducting vehicle safety checks? | ☐ Yes | ☐ No |
| ◦ Following accident procedures? | ☐ Yes | ☐ No |
| • Orienting passengers on safety procedures? | ☐ Yes | ☐ No |

### Vehicle Safety

▌ Do you require that all vehicles transporting campers:

| | | |
|---|---|---|
| • Contain first aid kits? | ☐ Yes | ☐ No |
| • Are evaluated for mechanical soundness? | ☐ Yes | ☐ No |
| • Be equipped to accommodate campers with special needs, such as: | | |
| ◦ IEPs? | ☐ Yes | ☐ No |
| ◦ 504 plans? | ☐ Yes | ☐ No |
| ◦ Physical, visual, and hearing limitations? | ☐ Yes | ☐ No |

**Leasing, Renting, and Chartering Vehicles**

▍ When leasing, renting, or chartering a vehicle with a driver, can you demonstrate that the selected provider:

  - Maintains its vehicles? ☐ Yes  ☐ No
  - Conducts safety checks of its vehicles? ☐ Yes  ☐ No
  - Verifies its drivers' driving records and experience? ☐ Yes  ☐ No
  - Trains its drivers on passenger safety issues? ☐ Yes  ☐ No

  *For more information on transportation safety, see "Checklist for Safety in Student and Employee Transportation."*

## H. Contracts and Insurance with Third-Party Providers

Camp directors often contract with third parties to provide services to the camp. For your protection, contracts with third parties must be reviewed, and the third party must be adequately insured. If you are an employee of the host institution or co-sponsoring the camp with it, you should consult with the host institution's contract and insurance experts, such as the general counsel, risk manager, or business officer. If not, use legal counsel and talk with your insurance agent.

▍ Do you take the following steps when dealing with third-party service providers:

  - Define the third party's relationship to the camp's sponsor (the camp's sponsor is most likely the host institution or your employer) in a written contract? ☐ Yes  ☐ No
  - Specify in a written contract how the third party will share responsibility with the camp's sponsor for any claims, losses, or injuries that arise out of camp activities (this contract language is often called an "indemnity," "hold harmless," or "risk allocation" provision)? ☐ Yes  ☐ No
  - Determine what lines of insurance the third party must carry to cover the claims, losses, or injuries that might arise out of camp activities? ☐ Yes  ☐ No
  - Require the third party to provide a certificate of insurance showing that it carries the necessary lines? ☐ Yes  ☐ No
  - Request the third party name the camp's sponsor as an additional insured on its general liability policy? ☐ Yes  ☐ No
  - Impose the same child protection standards as camps operated by the institution? ☐ Yes  ☐ No
  - Mandate reporting of child abuse, harassment, or discrimination to the institution? ☐ Yes  ☐ No

*For more information on reviewing contracts and determining insurance requirements, see Risk Research Bulletins, "Guide for Reviewing Contracts," "Improving Contracting on Campus: A Layperson's Guide to Understanding Contract Basics," and "Improving Contracting on Campus: Allocating Risks Between Parties."*

**Actions Needed**

| I. Post-Camp Evaluation | | |
|---|---|---|
| After the camp, do you: | | |
| • Collect feedback from campers and parents about their experience with the camp? | ☐ Yes | ☐ No |
| • Meet with staff to review camper feedback and any incident reports to identify what went well and areas for improvement? | ☐ Yes | ☐ No |
| • Consult with campus departments involved in the camp to identify areas for improvement? | ☐ Yes | ☐ No |
| • Save all documents used in planning and carrying out the camp, including any recommendations for improvement, to help plan future camps? | ☐ Yes | ☐ No |

Actions Needed

## Acknowledgments

This checklist was written by Alyssa Keehan, JD, Director of Risk Research for UE. It was updated by Joe Vossen, JD, Risk Management Counsel for UE.

UE wishes to thank Olabisi "Bisi" Okubadejo, JD, Of Counsel for the law firm Ballard Spahr, LLP, for her assistance with this publication.



EduRisk™ provides education-specific risk management resources to colleges and schools and is a benefit of membership with United Educators (UE). As a member-owned company, UE is committed to helping educational institutions by offering stable pricing, targeted insurance coverage, extensive risk management resources, and exceptional claims handling.

**To learn more, please visit www.UE.org.**

The material appearing in this publication is presented for informational purposes and should not be considered legal advice or used as such.

Copyright © 2016 by United Educators Insurance, a Reciprocal Risk Retention Group. All rights reserved. Permission to post this document electronically or to reprint must be obtained from United Educators.
113183r1  04/16