## Rule 4 Waiver of the Service of Summons

Fabiana McLeod, et al v. Solomon J. Kumin, et al

Civil Action No.: 1:21-cv-10807

To Domenic Paolini, Esq.

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from <u>June 4, 2021</u>, the date when this request was sent. If I fail to do so, a default judgment will be entered against me or the entity I represent.

7/1/2021
Date

_(Signature of the defendant)_   BBO#555106

Michael Mazurczak for Jennifer Stier
(Printed name)

Melick & Porter, LLP
One Liberty Square, 7th Fl.
Boston, MA 02109
(Address)

maz@melicklaw.com
(E-mail address)

617-523-6200
(Telephone number)

JENNIFER L. STIER