# AFFIDAVIT OF SERVICE

| Case: | Court: | County: | Job: 5974766 |
|---|---|---|---|
| **Plaintiff / Petitioner:** Fabiana McLeod; Mark McLeod; Karina McLeod | | **Defendant / Respondent:** Kumin, The Fessenden School; Primo "Howie" Leung, et al | |
| **Received by:** Street Smart Investigations & Constables, LLC. | | **For:** Paolini & Haley | |
| **To be served upon:** Howie Leung | | | |

I, Alan Bishop, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:** Howie Leung, Home: 18 Gellineau Street, Malden, MA 02148
**Manner of Service:** Personal/Individual, Aug 12, 2021, 10:01 pm EDT
**Documents:** Summons; Complaint with Jury Demand; Civil Action Cover Sheet; Exhibit 1-7; (Received Aug 4, 2021 at 2:00pm EDT)

**Additional Comments:**
1) Successful Attempt: Aug 12, 2021, 10:01 pm EDT at Home: 18 Gellineau Street, Malden, MA 02148 received by Howie Leung. Served in hand, after scheduling a time to meet the defendant at his residence.

**Fees:** $95.00

_____     08/12/2021
Alan Bishop                 Date

Street Smart Investigations & Constables, LLC.
200F Main Street Suite 313
Stoneham, MA 02180
781-605-1988