

June 4, 2021

Michael J. Mazurczak, Esq.
Melick & Porter, LLP
One Liberty Square
Boston, MA 02109

**<u>VIA PRIORITY MAIL</u>**

RE:    Fabiana Hillary McLeod, Mark McLeod, and Karina McLeod
       v.
       Solomon J. Kumin, The Fessenden School, et al.
       United States District Court District of Massachusetts Docket No.: 1:21-cv-10807

Dear Attorney Mazurczak:

Please find enclosed:

1. A Rule 4 Notice of a Lawsuit and Request to Waive Service of Summons for each of the forty-three (43) defendants you represent;

2. A copy of the Civil Action Cover Sheet;

3. A copy of the Complaint including the Exhibits to the Complaint; and

4. A prepaid envelope to return one signed copy of the Rule 4 Waiver of the Service of Summons for each defendant you represent.

Thank you for your attention to this matter. Of course, if you have any questions or concerns, please do not hesitate to contact me.

Attorneys at Law

**Domenic Paolini**
**Richard M. Haley**

400 Tradecenter, Suite 5900
Woburn, MA 01801

t.    617 951 0300
f.    617 622 5077
e.    info@paoliniandhaley.com
url.  www.paoliniandhaley.com

Very truly yours,

Domenic Paolini, M.D., M.B.A., J.D.

DP/hc
enclosures

*A Professional Corporation*