

October 18, 2011

Dear Fessenden Alumni, Parents of Alumni, Parents, and Friends,

It saddens me to write to you today about a difficult and disturbing issue of sexual abuse that was widely reported in the news media in the 1970s involving a former Fessenden administrator. Because our first priority as a School is to protect the health, safety, and well-being of the boys here, it is especially hard to confront the realization that boys were abused at Fessenden. Out of great care and concern, I apologize on behalf of The Fessenden School to anyone who was harmed or hurt in any way while attending our school or by individuals who were part of our school community.

In November 1977, the Boston Police arrested then Assistant Headmaster Arthur Clarridge for his involvement in a case of sexual exploitation of minors in Revere, Massachusetts. Clarridge resigned immediately. At the time, there was no indication that Fessenden boys were abused or that any misconduct occurred on the School's campus. Thirty years later, in 2008, the School received a letter stating that a friend of Clarridge sexually abused a Fessenden student off-campus in the mid-1970s. In response, we met with the alumnus to offer compassion and professional counseling, and to share our current policies and guidelines regarding adult/student interactions. The case was settled following mediation. In April 2011, the School received a second letter claiming abuse on campus by Clarridge; the young man was not a Fessenden student. As the Board of Trustees and administration absorbed this disclosure, we recognized the likelihood that these incidents were not necessarily isolated, and additional victims of Clarridge likely exist in our community.

Last spring as a result of these two Clarridge-related claims, the School initiated a thorough historical review which established that the School had also received three claims in the 1990s. The first claim involved a sexual impropriety in the early 1990s. The second and third claims were from alumni about sexual abuse that occurred when they attended Fessenden in the 1960s and 1970s. One of these claims involved Clarridge. Following meetings and discussion, the matters were settled to the satisfaction of the three claimants and the School. None of the adults named in these claims work at Fessenden today. Our research also indicated that, over the years, other alumni have alluded to knowledge of inappropriate sexual behavior in the 1970s and 1980s. Deeply concerned, the School leadership has come to the realization that this intolerable behavior in past decades may have been broader in scope than we once had reason to believe.

The Board of Trustees and I are resolved to help the healing process by making counseling available to those who suffered abuse by an employee of The Fessenden School or in incidents connected with the School. We have created a confidential procedure to access free counseling and treatment for any member of the Fessenden community who was victimized. A psychiatrist is available for consulting and referral services to help heal emotional injuries. To access this service, please call 888-720-4480 and identify yourself as someone seeking assistance from The Fessenden School.

I want to assure parents and alumni that the safety and well-being of the boys at Fessenden are our highest priorities. With our faculty and staff, we have emphasized the importance of raising our collective consciousness and reiterated our expectation of vigilance in identifying and recognizing signs of questionable behavior. Our administrative team and faculty have reviewed and revised the existing policies and guidelines regarding interactions between adults and children in our school community. In our opening faculty meetings this fall, as we have done in previous years, we held discussions on maintaining boundaries in our relationships with our students, and we are committed to sustaining ongoing training. We are reexamining our school-wide wellness curriculum to affirm that we are giving our boys the tools and understandings that they need in order to help maintain their own safety. As required by Massachusetts state law, our hiring process for faculty and staff includes mandatory Criminal Offender Record Information and Sex Offender Registry Information background checks. We have zero tolerance

*(Letter From Headmaster David B. Stettler, page 2 of 2)*

for sexual misconduct and abuse. As many of you know, a faculty member's employment was immediately terminated last June when the School received a report that, within the past few years, she had engaged in inappropriate sexual conduct on one occasion with a just graduated student. The School immediately informed the former student's parents of the report and filed the required documentation with the state.

Parents in particular may want to know if we plan to address this communication and its content with our students. At this time, we do not plan to talk directly with the boys about it. In the course of our wellness curriculum, the issue of boundaries is addressed in age-appropriate ways and will continue to be emphasized. If you would like advice for speaking with your son about this topic, please contact our school psychologist.

We offer sincere apologies to those whose lives were affected and harmed by the intolerable actions of a few, and we are devoted to providing help to those who have suffered. We expect Fessenden boys to embody our School's core values of "honesty, compassion, and respect," and we must be unwavering in our resolve to model this behavior ourselves in every action and decision. We reaffirm our commitment to protecting the health, safety, and well-being of our boys. We will maintain and continue to foster the healthy relationships between faculty and students that are one of the hallmarks of a Fessenden education. I encourage you to contact me to discuss any questions or concerns that you may have.

Sincerely,

David B. Stettler
Headmaster



250 Waltham Street, West Newton, Massachusetts 02465
T: 617.964.5350   F: 617.965.4072   www.fessenden.org

May 5, 2016

Dear Fessenden Alumni, Parents of Alumni, Parents, and Friends,

As many of you know, in October 2011, we wrote to more than 7,500 alumni, parents of alumni, parents of current students, and friends of the School to share our concern that sexual abuse of students had occurred at Fessenden in the 1970s. At the same time, we proactively shared our concerns with the news media, and the *Boston Globe* wrote an article and an editorial supporting our efforts to shine a light on this dark period in our history and the terrible issue of sexual abuse. We felt it was important to publicly acknowledge that the intolerable conduct of decades past likely involved more victims and to apologize on behalf of the School to those who were harmed. We expected that our 2011 outreach would encourage additional survivors of abuse to come forward, and we were resolved to help in the healing process if we could. The letter, which is also posted to our website, can be read here.

After our 2011 outreach, I was contacted directly by four alumni who wanted to share with me their own experiences of sexual abuse in the 1960s and 1970s. I was also contacted by former students who, while not personally abused, had concerns about the possible mistreatment of fellow students. In the years following our 2011 letter, eight additional alumni have contacted the School through legal counsel about sexual abuse in the 1960s and 1970s. In total, the School has received reports of sexual abuse involving at least sixteen former students and one non-student by at least five individuals who were members of our community. We have also received accounts from alumni that certain members of the School's administration in the 1960s and 1970s were informed of instances of sexual abuse and, according to these alumni, failed to take appropriate action. In view of the reports provided by former students, the School has removed the name of Robert P.T. Coffin, headmaster from 1967 to 1980, from the Fessenden ice rink.

As I am sure you are aware, the issue of sexual abuse at independent schools has been widely reported, particularly in recent months. We anticipate that the *Boston Globe* will be publishing an article about sexual abuse in New England independent schools and that the history of sexual abuse at Fessenden will be included in that coverage. I recently met with a reporter from the *Boston Globe* and shared what we have learned since first reaching out to the community in 2011. Several former students from the 1960s and 1970s have also been interviewed by the *Globe* and have shared information about their abuse. Their accounts and some portions of my interview will likely be published. The coverage may include criticism related to how we have responded since 2011 to the egregious actions in the School's past—there are those who believe we have shared too openly and others who feel we have not been transparent enough. I have made every effort, with the full support of our Board of Trustees, to model our School's values of honesty, compassion, and respect in every decision and action.

*(Letter From Headmaster David B. Stettler, page 2 of 2)*

It is important to recognize that Fessenden today is a very different place than it was decades ago, and the School continues to change and grow. Our community regularly participates in personal safety, wellness, and boundaries training, and a character education program is woven into the fabric of the School. We are resolute in our commitment to protect our students and have zero tolerance for sexual misconduct or abuse. Our community continually strives to ensure that our boys feel comfortable to be themselves, to discover their passions, and to reach out to members of the faculty and staff with any type of concern. We are proud of today's healthy relationships between faculty and students, and of our unwavering dedication to the safety and well-being of our boys. I encourage you to contact me to discuss any questions or concerns that you may have.

Sincerely,

David B. Stettler
Headmaster



May 9, 2018

Dear Members of the Fessenden Community,

One of my first communications to the Fessenden community, when I arrived as Headmaster in the fall of 2011, was a letter sharing our concern that sexual abuses that occurred at Fessenden in the 1960s and 1970s were broader in scope than previously acknowledged. The Board of Trustees and I believed that it was time to shine a light on this issue that has too often, and for too long, been hidden in societal shadows. From time to time over the past seven years, I have followed up to share with you what we had learned. As I approach my retirement from Fessenden, it feels appropriate to update you again.

Upon the release of my 2011 letter and subsequent interview and article in The Boston Globe, a number of alumni from the 1960s and 1970s came forward to tell of the abuses that they had suffered. Some chose to communicate with me directly, and some contacted us through an attorney. Some preferred to keep their stories private, and others shared openly with the news media. We have respected all of their decisions regarding how they have chosen to address the memories and aftermath of the abuses they suffered. And we have strived throughout to deal honestly, respectfully, and transparently with this history, while still respecting the confidentiality of the survivors.

One alumnus from the class of 1973 who chose to share his story openly with the news media has recently sent a letter by email to many members of the Fessenden community. You may have received his letter. In it, he details the abuses that he experienced when he was a student at Fessenden in the early 1970s. While we support his choice to disclose his story and share his desire to shed light on an awful chapter in Fessenden's history, we did not supply him with the contact information for members of our community. I want to reiterate my deepest apology to him and others who were abused by those who were supposed to be caring for them. We continue to offer mediation, potential settlement, and free counseling and treatment to all of our alumni who were subjected to abuse.

**Abuses from the 1960s and 1970s:**
In October of 2011, I wrote a letter to the community and shared it with The Boston Globe. I offered to be interviewed by The Globe because of the desire to open public dialogue about the history of abuses. As a result of the letter and front-page Globe article, numerous alumni came forward to share their stories with me. The volume of stories and the repetition of perpetrators' names leave no room for doubt that these abuses in the 1960s and 1970s took place. Therefore, for those former students of that era who contacted us through an attorney seeking financial remuneration for their suffering, we have participated in mediated financial settlements.

Throughout these past seven years, we have made no effort to cover up or hide any information about abuses that the survivors wanted to make public, and we have not asked for a confidentiality clause in any of the financial settlements with survivors. Fessenden alumni remain free to share their stories as a path toward healing and in order to shed light on this topic—that is what we set out to accomplish when we made our concerns about past sexual abuse public in 2011.

*(Letter from Head of School David B. Stettler, Page 2 of 2)*

**Allegation of abuse in the late 1990s:**
In June 2017 and in December 2017, I wrote to you about an allegation of abuse dating to the late 1990s. This allegation is separate and unique from the era of the 1960s and 1970s, because it is from a more recent time frame and involves a present Fessenden employee. Therefore the Board and I believed that it could be and should be handled in a different manner.

When we received this allegation, we immediately notified state authorities, placed the staff member on administrative leave, and barred him from campus which required him to move out of his campus home. The School cooperated fully with the police and District Attorney's investigation and also retained an independent law firm that was given free rein to conduct a comprehensive, detailed, and impartial investigation. In an effort to carry out the most extensive investigation possible, the School sent a correspondence to approximately 11,000 alumni, alumni parents, current parents, employees, former employees, trustees, and former trustees encouraging them to contact the law firm if they had any knowledge pertinent to the allegation.

The investigation by the District Attorney and the police found no corroboration of the allegation. The independent counsel's report determined that the allegation was unsupported. The employee has categorically denied that any misconduct occurred and cooperated fully in all investigations. Given the conclusions reached from these investigations, the School determined that the staff member should return to Fessenden. To avoid the disruption and costs that are associated with any litigation, the School entered into a mutually agreed upon settlement with the claimant. The School did not ask for confidentiality as part of the settlement agreement. Prior to finalizing the agreement, the School was assured by the claimant's attorney that the claimant understood that the employee might return to the School.

Throughout these seven years, the Board and I have endeavored to act with honesty, compassion, and respect. We recognize that not everyone has agreed with each and every decision that we have made, but we have tried to do our best. Similarly, we have made every effort to assure the health and safety of our students today by implementing best practices that promote healthy relationships that are aimed at protecting students from harm. In my earlier letters to the community, I have described the education of our students, employee screenings, mandatory employee training, policies, procedures, protocols, and practices that are currently in place. We are resolute in our commitment to the well-being of our students.

Sincerely,

David B. Stettler
Head of School