UNITED STATES DISTRICT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FABIANA HILLARY MCLEOD<br>KARINA MCLEOD, and MARK MCLEOD,<br><br>       Plaintiffs,<br><br>vs.<br><br>SOLOMON J. KUMIN,<br>THE FESSENDEN SCHOOL,<br>PRIMO "HOWIE" LEUNG, MARK HANSEN,<br>LINDA HANSEN, ALYSSA HANSEN,<br>JOSEPH R. LAREAU, NUNU LAPHAI<br>TYRELL BREWSTER, COUNSELOR DOE,<br>COUNSELOR ROE, DONALD G. BRAMLEY,<br>IAN LORING, MICHAEL R. MACH,<br>MICHAEL P. MURRAY, JEFFREY ALLEN,<br>CHRISTOPHER BARTEL, MELISA L. BERMAN,<br>STEPHANIE M. BUCCI, TARA B. CIONGOLI,<br>BRUCE C. DAYTON, EDWARD V. DENOBLE,<br>ROBERT M. DICKEY, JENNIFER MUGAR<br>FLAHERTY, CHARLES K. FADEL,<br>KEITH B. GELB, CRAIG N. GEMMELL, MICHAEL<br>S. GORDON, GRACE R. HOFFMANN, SUSAN B.<br>LEVINE, PAMELA E. LOMAX, MARK C. MOORE,<br>ELIZABETH H. MUNRO, PETER M. MULDERRY,<br>V. G. NARAYANAN, CHRISTIAN NOLEN,<br>STEVEN M. PECK, RACHEL E. SKIFFER,<br>THOMAS S. ROBERTS, CHRISTINE L. TODD,<br>DAVIDE D. VISCO, ROBERT L. WALDRON,<br>JENNIFER L. STIER, PETER C. WELCH,<br>TRUSTEE DOE, TRUSTEE ROE, DAVID B.<br>STETTLER, KENNETH HOWE, and UNITED<br>EDUCATORS,<br><br>       Defendants. | C.A. No. 1-21-cv-10807 |

**NOTICE OF APPEARANCE**

TO THE CLERK OF THE ABOVE-NAMED COURT:

Pursuant to Fed. R. Civ. P. 11., please enter the appearance of Richard M. Haley, as counsel for the Plaintiffs, Fabiana Hillary McLeod, Karina McLeod, and Mark McLeod, in the above-captioned matter.

**Plaintiffs,**
By their attorney,

/s/ Richard M. Haley

Richard M. Haley, BBO: # 553253
PAOLINI & HALEY, PC
400 Trade Center, Suite 5900
Woburn, Massachusetts 01801
Telephone:  (617) 951- 0300
Facsimile:  (617) 622-5077
rhaley@paoliniandhaley.com

Dated: August 24, 2021

## CERTIFICATE OF SERVICE

      I, Domenic Paolini, hereby certify that this document filed through the ECF System will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this date.

Dated: August 24, 2021

/s/ Domenic Paolini
Domenic Paolini