**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| FABIANA MCLEOD, MARK MCLEOD KARINA MCLEOD<br><br>    Plaintiffs,<br><br>v.<br><br>SOLOMON KUMIN, PRIMO LEUNG, et al.<br><br>    Defendants. | CASE NO. 1:21-cv-10807-FDS |

# NOTICE OF APPEARANCE

Please enter the appearance of Karen A. Pickett of Pickett Law Offices, P.C. as counsel for the defendant Primo Leung in the above-captioned matter.

                                                         Respectfully submitted,

                                                         /s/Karen A. Pickett
                                                         _____
                                                         Karen A. Pickett (BBO # 633801)
                                                         Pickett Law Offices, P.C.
                                                         125 High Street, 26th Floor
                                                         Boston, MA  02110
                                                         (617) 423-0485
                                                         kpickettlaw@gmail.com

Dated:  August 30, 2021

1

## CERTIFICATE OF SERVICE

      I hereby certify that a true and accurate copy of the foregoing will be served via the ECF system on all counsel of record, and that counsel not receiving electronic notifications via the ECF system will be served via first class U.S. mail, postage prepaid.

                                                    /s/ Karen A. Pickett

Dated: August 30, 2021