IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FABIANA MCLEOD, MARK MCLEOD KARINA MCLEOD<br><br>   Plaintiffs,<br><br>v.<br><br>SOLOMON KUMIN, PRIMO LEUNG, et al.<br><br>   Defendants. | CASE NO. 1:21-cv-10807-FDS |

### (ASSENTED-TO) MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT

Defendant Primo Leung respectfully requests that this Court grant him a one-week extension of time to respond to the Complaint. Currently, the response deadline is September 2, 2021, and Mr. Leung requests an extension until September 9, 2021.

As grounds for this motion, Mr. Leung asserts that he recently retained counsel for this matter and his counsel will be on vacation early this week. Counsel needs additional time to review the lengthy complaint. Plaintiff's counsel assents to the relief requested.

                                                                Respectfully submitted,

                                                                /s/Karen A. Pickett
                                                                _____
                                                                Karen A. Pickett (BBO # 633801)
                                                                Pickett Law Offices, P.C.
                                                                125 High Street, 26th Floor
                                                                Boston, MA  02110
                                                                (617) 423-0485
                                                                kpickettlaw@gmail.com

Dated:  August 30, 2021

## CERTIFICATE OF SERVICE

      I hereby certify that a true and accurate copy of the foregoing will be served via the ECF system on all counsel of record, and that counsel not receiving electronic notifications via the ECF system will be served via first class U.S. mail, postage prepaid.

                                      /s/ Karen A. Pickett

Dated:  August 30, 2021