IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FABIANA MCLEOD, MARK MCLEOD KARINA MCLEOD<br><br>    Plaintiffs,<br><br>v.<br><br>SOLOMON KUMIN, PRIMO LEUNG, et al.<br><br>    Defendants. | CASE NO. 1:21-cv-10807-FDS |

### DEFENDANT PRIMO LEUNG'S MOTION TO DISMISS COUNTS VII, VIII AND LXI FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED

Pursuant to Fed. R. Civ. P. 12(b)(6), Defendant Primo Leung ("Mr. Leung") moves to dismiss Count VII, VIII, and LXI of Plaintiffs' Complaint on the basis that these counts fail to state a claim upon which relief can be granted. In support of this motion, Mr. Leung further submits an accompanying Memorandum of Law.

          Respectfully submitted,

          PRIMO LEUNG

          BY HIS ATTORNEY

          /s/Karen A. Pickett

          _____
          Karen A. Pickett (BBO # 633801)
          Pickett Law Offices, P.C.
          125 High Street, 26th Floor
          Boston, MA  02110
          (617) 423-0485
          kpickettlaw@gmail.com

Dated:  September 9, 2021

## **CERTIFICATE OF SERVICE**

      I hereby certify that a true and accurate copy of the foregoing will be served via the ECF system on all counsel of record, and that counsel not receiving electronic notifications via the ECF system will be served via first class U.S. mail, postage prepaid.

                                                                            /s/ Karen A. Pickett
                                                                            _____

Dated:  September 9, 2021