**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| FABIANA MCLEOD, MARK MCLEOD KARINA MCLEOD<br><br>    Plaintiffs,<br><br>v.<br><br>SOLOMON KUMIN, PRIMO LEUNG, et al.<br><br>    Defendants. | CASE NO. 1:21-cv-10807-FDS |

**DEFENDANT PRIMO LEUNG'S MOTION TO DISMISS FOR VIOLATION OF RULE 8 OR IN THE ALTERNATIVE STRIKE CERTAIN ALLEGATIONS PURSUANT TO RULE 12(f)**

The defendant Primo Leung ("Mr. Leung") hereby requests that this Court dismiss the complaint without prejudice for violation of Rule 8 or, in the alternative, for an order striking numerous immaterial and/or prejudicial allegations in the complaint.

In this regard, Mr. Leung specifically adopts and incorporates by reference the arguments in the other defendants' motion filed on July 29, 2021.  (Dkt. No. 10).

For the specific allegations concerning Mr. Leung that should be struck if the Complaint is not dismissed without prejudice, Mr. Leung asserts the following paragraphs have nothing to do with the causes of action and further are utterly prejudicial to this defendant who has not been convicted of any crime:  Paragraphs 98-105 (concerning Mr. Leung's attendance as a student at Fessenden, a letter to his mother, his mother's report concerning her pregnancy with Mr. Leung, etc.) ; Paragraphs 163-164 (describing "summer of hell" and comparing the defendant to "the villainous deacon in the movie Night of the Hunter").

                                                Respectfully submitted,

                                                PRIMO LEUNG

                                                BY HIS ATTORNEY

                                                /s/Karen A. Pickett
                                                _____

                                                Karen A. Pickett (BBO # 633801)
                                                Pickett Law Offices, P.C.
                                                125 High Street, 26th Floor
                                                Boston, MA  02110
                                                (617) 423-0485
Dated:  September 9, 2021                        kpickettlaw@gmail.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that a true and accurate copy of the foregoing will be served via the ECF system on all counsel of record, and that counsel not receiving electronic notifications via the ECF system will be served via first class U.S. mail, postage prepaid.

                                                  /s/ Karen A. Pickett
                                                  _____

Dated: September 9, 2021