COMMONWEALTH OF MASSACHUSETTS

MIDDLESEX, SS.                                    SUPERIOR COURT
                                                  DOCKET #: 1981CR0246

COMMONWEALTH

v.

PRIMO "HOWIE" LEUNG

FILED
IN THE OFFICE OF THE
CLERK OF COURTS
FOR THE COUNTY OF MIDDLESEX

JUL - 1 2019

CLERK

**COMMONWEALTH'S STATEMENT OF THE CASE**

Now comes the Commonwealth in the above captioned matter and submits this statement of the allegations in this case. This statement is provided to assist the court and is not intended to be a bill of particulars nor does it contain all information known to the Commonwealth at this time.

The defendant (DOB: 02/17/1983) first met Jane Doe[1] during the 2014/15 school year at a middle school in Concord, NH. At the time, Jane was a 7th grade student and the defendant was a 32 year old special education teacher at the school. Although the defendant did not have Jane as a student, he quickly became friendly with her as she attended various clubs that he was involved with and would spend extended time at his office in school during lunch. Over the year, the defendant also became a confidant for her and a self-styled and self-imposed "positive support mentor" to her. He also became close with Jane's family, gaining their trust. As the school year progressed, the defendant began to make romantic and sexual advances towards Jane. At school, the defendant would grab Jane and kiss her on the lips when no one else was

---

[1] In an effort to protect the identity of the victim, the Commonwealth is using a pseudonym for the purposes of this statement.

#7

around. He would also give Jane rides home from school where he would hold her hand and place it on his penis.

When Jane was 13, in the summer following 7th grade, the defendant invited Jane to the Fessenden Summer ELL Program in Newton, MA, where children are invited from all over the world to attend an English learning camp. The defendant was an assistant director and part of the faculty and staff at the camp. Jane, and two other girls from Concord, NH, were asked by the defendant to be unpaid helpers. They were provided dorm rooms and were given a stipend for meals. During the camp, the defendant repeatedly sexually assaulted Jane. He often kissed her lips, touched her breasts both over and under her clothes with his hands, and placed her hand over his penis. The defendant also progressed to touching Jane under her clothing in her genital area by inserting his fingers into her vagina. These incidents would usually take place in Jane's dorm room or in campus tunnels used as hiding places during games of "manhunt" with other children. His demeanor during these assaults and often throughout the camp was aggressive and childish, especially when Jane would attempt to prevent him from getting what he wanted. After camp ended, the defendant continued his romantic and sexual approaches during 8th grade. The defendant wrote emails where the he refers to himself as Jane's boyfriend and expresses his love to her.

The defendant again invited Jane to attend the Fessenden Summer ELL camp in the summer after her 8th grade. During this summer, Jane was 14 years old. The defendant continued to touch Jane in the same way as the previous year, to include her breast and having her touch his penis. The defendant also continued to assault Jane in her dorm room by inserting his fingers into her vagina. On at least two occasions, the defendant came into Jane's room and blocked the door using a nightstand. During the course of both summers the defendant digitally raped Jane over

20 times. Throughout this time the defendant also gave Jane various gifts such as shoes, jewelry and a laptop. As Jane began to distance herself from the defendant beginning of 9th grade, the defendant told her she could not say anything as she would ruin both of their lives.

Respectfully Submitted,

Radu Brestyan
Assistant District Attorney
Middlesex District Attorney's Office
15 Commonwealth Avenue, Suite 300
Woburn, MA 01801
BBO#: 682942
(P) 781-897-8560
Radu.brestyan@state.ma.us

Dated: July 1, 2019