

619 High Street, Ste. 103 Dedham, MA 02026
781.326.6320

4. Summer 2016

In the summer of 2016, according to the Commonwealth's Statement of the Case, ST2 again worked as a volunteer at Fessenden in Leung's program. ST15, ████████████████████████████████████████████████ and knew Leung both at RMS and CHS, said it was always obvious that ST2 and Leung were close, especially during the summer of 2016. ST15 said ST2 often worked with Leung in his office while ST15 and ST16 worked with the campers. When teachers in the program began complaining that ST2 and ST21, who was also volunteering there, were a distraction in the classroom, Leung "would extremely defend" ST2. However, if ST2 wanted to hang out with kids instead of Leung, "he would get extremely angry" at ST2. Leung would complain to ST15 and ST16 that she didn't want to spend time with him. ST15 said she didn't feel their relationship wasn't "weird enough" to do anything about, but one of the other counselors, who was about twenty years old, was particularly concerned about the relationship. Along with ST15 and ST16, the counselor approached Leung and said, 'We know you're close to her, but it looks really strange and people would be really concerned." ST26 heard Leung would hang out with his Concord helpers at Fessenden and they would drink there.

During the weekend of July 16-18, ST2 attended the program's annual trip to New York City. Afterward, on July 20, Leung wrote her father:

> I am so glad that [ST2] was with us in NYC. She is an amazing individual with a lot to offer. I also wanted to point out that I observed her helping out one of our classes in the afternoon program, understanding today's world, and she was very engaging and helpful. I was very encouraged to see these types of positive interactions.

On July 23, a receipt Leung received at his school email indicates that Leung sent ST2 a hat he bought for her online.

V. **Concord High School 2016-2019**

Sica said as soon as Leung arrived at the high school, he asked to start a club like SA. Sica told Leung he should spend his first year observing and getting to understand the culture of the school. Despite this hiccup, Leung quickly managed to establish himself as "cool" among both staff and students. Over the years, he presented several times at Special Education department meetings on the use of Google classroom and other topics, and he was frequently involved in school spirit and community service activities. He was involved in pep rallies and Winter Carnival, and in 2017-18, was asked by students to be duct taped to a wall for a school fundraiser. One staff member said, "He was always in the middle of everything."