# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **FABIANA HILLARY MCLEOD,**<br>**KARINA MCLEOD, and MARK MCLEOD,**<br><br>**Plaintiffs**<br><br>v.<br><br>**THE FESSENDEN SCHOOL,**<br>**UNITED EDUCATORS, et al**<br><br>**Defendants** | Civil Action No.:<br>1:21-cv-10807 |

### NOTICE OF AGREEMENT OF ALL PARTIES TO REFER THE CASE TO MEDIATION PURSUANT TO LOCAL RULE 16.4(c)(2)

Upon agreement of all parties, the parties ask this Court to refer the case to mediation pursuant to Local Rule 16.4(c)(2).

Because of the nature of the allegations in the Complaint, the parties also agree that this case be assigned to a female Judge or Magistrate Judge.

<table>
<tr><td>

Respectfully submitted,
The Plaintiffs,
By their attorneys,


*/s/ Domenic Paolini*
_____

Domenic Paolini, BBO # 643215
dpaolini@paoliniandhaley.com
Richard M. Haley, BBO # 553253
rhaley@paoliniandhaley.com
Paolini & Haley, PC
400 Tradecenter Drive
Suite 5900
Woburn, MA 01801
Telephone: (617) 951-0300

</td><td>

Respectfully submitted,
The Defendants (not Primo Leung),
by their attorneys,


*/s/ Robert P. Powers*
_____

Robert P. Powers, BBO # 544691
rpowers@melicklaw.com
Michael J. Mazurczak, BBO # 555106
mmazurczak@melicklaw.com
Lauren C. Roche, BBO: # 707661
lroche@melicklaw.com
Melick & Porter, LLP
One Liberty Square, 7th Floor
Boston, Massachusetts 02109
Telephone: (617) 523-6200

</td></tr>
</table>

Respectfully submitted,
The Defendant, Primo Leung
by his attorney,


*/s/ Karen A. Pickett*
_____

Karen A. Pickett, BBO # 633801
kpickettlaw@gmail.com
Pickett Law Offices, P.C.
125 High Street, 26th Floor
Boston, MA 02110
Telephone: (617) 423-0485


Dated: January 5, 2022

CERTIFICATE OF SERVICE

I, Domenic Paolini, hereby certify that this document filed through the ECF System will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this date.

Robert P. Powers, BBO # 544691
rpowers@melicklaw.com
Michael J. Mazurczak, BBO # 555106
mmazurczak@melicklaw.com
Lauren C. Roche, BBO: # 707661
lroche@melicklaw.com
Melick & Porter, LLP
One Liberty Square, 7th Floor
Boston, Massachusetts 02109


Karen A. Pickett, BBO # 633801
kpickettlaw@gmail.com
Pickett Law Offices, P.C.
125 High Street, 26th Floor
Boston, MA 02110



/s/ Domenic Paolini
_____
Domenic Paolini
Dated: January 5, 2022