UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| McLeod et al.<br>　　　　Plaintiff,<br>　v.<br><br>Kumin et al.<br>　　　　Defendant | **1:21-cv-10807-FDS** |

## ORDER OF RECUSAL

**Boal, M.J.**

    I hereby recuse myself from the consideration of the above-entitled case pursuant to 28 U.S.C. § 455.

**SO ORDERED**.

                                                       /s/ `Jennifer C. Boal`
                                                       Jennifer C. Boal
                                                       United States Magistrate Judge

Date:  January 19, 2022