IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FABIANA MCLEOD, MARK MCLEOD KARINA MCLEOD<br><br>　　　　Plaintiffs,<br><br>v.<br><br>SOLOMON KUMIN, PRIMO LEUNG, et al.<br><br>　　　　Defendants. | CASE NO. 1:21-cv-10807-FDS |

**DEFENDANT PRIMO LEUNG'S EMERGENCY MOTION FOR RELIEF FROM STAY PENDING MEDIATION[1]**

The defendant Primo Leung ("Mr. Leung") hereby requests that this Court grant relief from its order granting a stay pending mediation entered on March 2, 2022.  (Docket No. 76), and order the Plaintiffs to produce counseling records of Fabiana McLeod prior to the mediation of April 8, 2022.  Mr. Leung herewith files a memorandum in support of this motion.

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　PRIMO LEUNG

　　　　　　　　　　　　　　　　　　　　BY HIS ATTORNEY

　　　　　　　　　　　　　　　　　　　　/s/Karen A. Pickett

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　Karen A. Pickett (BBO # 633801)
　　　　　　　　　　　　　　　　　　　　Pickett Law Offices, P.C.
　　　　　　　　　　　　　　　　　　　　125 High Street, 26th Floor
　　　　　　　　　　　　　　　　　　　　Boston, MA  02110
　　　　　　　　　　　　　　　　　　　　(617) 423-0485
　　　　　　　　　　　　　　　　　　　　kpickettlaw@gmail.com

Dated:  March 31, 2022

---

[1] Mr. Leung files this as an emergency motion because of the April 8, 2022 mediation and the upcoming criminal trial.  Plaintiffs' counsel takes umbrage with the filing of this as an "emergency" motion.  Mr. Leung defers to the Court as to whether there is an "emergency" basis for this Motion.

1

## RULE 7.1 CERTIFICATION

I hereby certify that I provided counsel with copies of my proposed motion and memorandum on March 30, 2022. My emails and responses of counsel are attached hereto at Exhibit A. Counsel for the other defendants takes no position on the motion. Counsel for the Plaintiffs claims that he cannot confer on the motion until April 12, 2022, at the earliest. He also has indicated that he opposes the production of the counseling records. *See* Exhibit A.

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing will be served via the ECF system on all counsel of record, and that counsel not receiving electronic notifications via the ECF system will be served via first class U.S. mail, postage prepaid.

/s/ Karen A. Pickett
_____

Dated: March 31, 2022