**1981CR00246 Commonwealth vs. Leung, Primo H**

- Case Type:
- Indictment
- Case Status:
- Open
- File Date
- 06/20/2019
- DCM Track:
- C - Most Complex
- Initiating Action:
- RAPE OF CHILD, AGGRAVATED, TEN YEAR AGE DIFFERENCE c265 §23A
- Status Date:
- 07/01/2019
- Case Judge:
- 
- Next Event:
- 06/10/2022

All Information | Party | Charge | Event | Tickler | Docket | Disposition

### Party Information

**Middlesex District Attorney**
- Prosecutor

| Alias | Party Attorney |
|---|---|
|  | - Attorney
- Brown, Esq., Allison Marissa
- Bar Code
- 678696
- Address
- Midddesex District Attorney's Office
  15 Commonwealth Ave
  Woburn, MA  01801
- Phone Number
- (781)897-8400 |

**More Party Information**

**Leung, Primo H**
- Defendant

| Alias | Party Attorney |
|---|---|
|  | - Attorney
- Al-Marayati, Esq., Ghazi D
- Bar Code
- 645209
- Address
- Bookman and Al-Marayati, Attorneys
  640 Main St
  Malden, MA  02148
- Phone Number
- (781)712-0007 |

**More Party Information**

### Party Charge Information

- **Leung, Primo H**
- - Defendant
  - Charge # 1:
    - 265/23A/B-1 - Felony     RAPE OF CHILD, AGGRAVATED, TEN YEAR AGE DIFFERENCE c265 §23A
- Original Charge
  - 265/23A/B-1 RAPE OF CHILD, AGGRAVATED, TEN YEAR AGE
    DIFFERENCE c265 §23A (Felony)
- Indicted Charge
  
- Amended Charge
  
- **Leung, Primo H**

- - Defendant
  Charge # 2:
    **265/23A/B-1 - Felony**     RAPE OF CHILD, AGGRAVATED, TEN YEAR AGE DIFFERENCE c265 §23A
- Original Charge
- 265/23A/B-1 RAPE OF CHILD, AGGRAVATED, TEN YEAR AGE DIFFERENCE c265 §23A (Felony)
- Indicted Charge
- Amended Charge

- **Leung, Primo H**
- - Defendant
  Charge # 3:
    **265/13B12 - Felony**     INDECENT A&B ON CHILD UNDER 14, AGGRAVATED c265 §13B½
- Original Charge
- 265/13B12 INDECENT A&B ON CHILD UNDER 14, AGGRAVATED c265 §13B½ (Felony)
- Indicted Charge
- Amended Charge

- **Leung, Primo H**
- - Defendant
  Charge # 4:
    **265/13B12 - Felony**     INDECENT A&B ON CHILD UNDER 14, AGGRAVATED c265 §13B½
- Original Charge
- 265/13B12 INDECENT A&B ON CHILD UNDER 14, AGGRAVATED c265 §13B½ (Felony)
- Indicted Charge
- Amended Charge

- **Leung, Primo H**
- - Defendant
  Charge # 5:
    **265/13H-3 - Felony**     INDECENT A&B ON PERSON 14 OR OVER c265 §13H
- Original Charge
- 265/13H-3 INDECENT A&B ON PERSON 14 OR OVER c265 §13H (Felony)
- Indicted Charge
- Amended Charge

Load Party Charges 6 through 6  Load All 6 Party Charges

### Events

| Date | Session | Location | Type | Event Judge | Result |
|---|---|---|---|---|---|
| 07/01/2019 09:00 AM | Woburn Magistrate Session | | Arraignment | Day, Matthew | Held as Scheduled |
| 07/23/2019 09:00 AM | Criminal 1 Rm 430 | | Bail Hearing | Pierce, Hon. Laurence D | Held as Scheduled |
| 09/12/2019 09:00 AM | Criminal 1 Rm 430 | | Bail Hearing | Pierce, Hon. Laurence D | Held as Scheduled |
| 09/12/2019 12:00 PM | Criminal 1 Rm 430 | | Hearing on Compliance | Pierce, Hon. Laurence D | Held as Scheduled |
| 11/06/2019 09:00 AM | Criminal 1 Rm 430 | | Hearing on Compliance | | Held as Scheduled |
| 01/17/2020 09:00 AM | Criminal 1 Rm 430 | | Hearing on Compliance | | Held as Scheduled |
| 02/27/2020 09:00 AM | Criminal 1 Rm 430 | Courtroom 430 | Non-Evidentiary Hearing | Tuttman, Hon. Kathe M | Held - Under advisement |
| 02/27/2020 09:00 AM | Criminal 1 Rm 430 | Courtroom 430 | Bail Hearing | Tuttman, Hon. Kathe M | Held as Scheduled |
| 05/28/2020 09:00 AM | Criminal 1 Rm 430 | | Final Trial Conference | | Rescheduled-Covid-19 emergency |
| 06/08/2020 09:00 AM | Criminal 1 Rm 430 | | Jury Trial | | Rescheduled-Covid-19 emergency |

| Date | Session | Location | Type | Event Judge | Result |
|---|---|---|---|---|---|
| 10/29/2020 09:00 AM | Criminal 1 Rm 430 | Courtroom 430 | Final Trial Conference | | Rescheduled |
| 11/10/2020 09:00 AM | Criminal 1 Rm 430 | Courtroom 430 | Jury Trial | | Rescheduled |
| 04/23/2021 09:00 AM | Criminal 1 Rm 430 | | Final Trial Conference | | Rescheduled-Covid-19 emergency |
| 05/04/2021 09:00 AM | Criminal 1 Rm 430 | | Jury Trial | | Rescheduled-Covid-19 emergency |
| 01/14/2022 09:00 AM | Criminal 1 Rm 430 | | Final Trial Conference | | Rescheduled-Covid-19 emergency |
| 01/25/2022 09:00 AM | Criminal 1 Rm 430 | | Jury Trial | | Rescheduled-Covid-19 emergency |
| 06/10/2022 09:00 AM | Criminal 1 Rm 430 | | Jury Trial | | |
| 06/22/2022 09:00 AM | Criminal 1 Rm 430 | | Final Trial Conference | | |

**Ticklers**

| Tickler | Start Date | Due Date | Days Due | Completed Date |
|---|---|---|---|---|
| Pre-Trial Hearing | 07/01/2019 | 12/27/2019 | 179 | |
| Final Pre-Trial Conference | 07/01/2019 | 06/11/2020 | 346 | |
| Case Disposition | 07/01/2019 | 06/25/2020 | 360 | |
| Under Advisement | 02/27/2020 | 03/28/2020 | 30 | |

**Docket Information**

| Docket Date | Docket Text | File Ref Nbr. | Image Avail. |
|---|---|---|---|
| 06/20/2019 | Indictment(s) returned | 1 | Image |
| 06/28/2019 | Habeas Corpus for defendant issued to Middlesex Jail returnable for 07/01/2019 09:00 AM Arraignment. | 2 | Image |
| 07/01/2019 | Attorney appearance<br>On this date Radu Brestyan, Esq. added as Attorney for the Commonwealth for Prosecutor Middlesex District Attorney | | |
| 07/01/2019 | Event Result::  Arraignment scheduled on:<br>          07/01/2019 09:00 AM<br>Has been: Held as Scheduled<br>Daniel Flaherty, Presiding<br>Appeared:<br>        Prosecutor<br>                Radu Brestyan, Esq., Attorney for the Commonwealth<br>        Defendant     Primo H Leung<br>                Ghazi Daniel Al-Marayati, Esq., Appointed - Indigent Defendant<br>Staff:<br>                Dennis Collins, Assistant Clerk Magistrate and ran FTR | | |
| 07/01/2019 | Defendant arraigned before Court.<br>Judge: Flaherty, Daniel | | |
| 07/01/2019 | Affidavit of indigency filed; APPROVED, counsel appointed.<br>Judge: Flaherty, Daniel | 3 | |
| 07/01/2019 | Defendant waives reading of indictment<br>Judge: Flaherty, Daniel | | |
| 07/01/2019 | Plea of not guilty entered on all charges.<br>Judge: Flaherty, Daniel | | |

| Docket Date | Docket Text | File Ref Nbr. | Image Avail. |
|---|---|---|---|
| 07/01/2019 | Court inquires of Commonwealth if abuse, as defined by G.L. c. 209A, § 1, is alleged to have occurred immediately prior to or in connection with the charged offense(s). <br> Judge: Flaherty, Daniel | | |
| 07/01/2019 | Court finds NO abuse is alleged in connection with the charged offense.  G.L. c. 276, § 56A. <br> Judge: Flaherty, Daniel | | |
| 07/01/2019 | Bail set at $250,000.00 Surety, $25,000.00 Cash.  ONLY RELEASE TO GPS <br> Bail is set without prejudice <br> 1) GPS - curfew 10pm-7am -remain in MA  ; EX zones of The Fessenden School / Academy and The State of New Hampshire , must give 48 hr notice to Probation of any medical appointments in NH <br> 2) no contact direct / indirect with victim  or members of victim's family <br> 3) sign waiver of rendition <br> 4) no contact direct / indirect with the Concord (NH) School District student that assisted at the Fessenden School / Academy  Camps  from 2015-present <br> 5) no contact direct / indirect and stay away from the Concord (NH) School District personnel, student and buildings <br> 6) no unsupervised contact with children under 16 <br> 7) no employment / volunteer wok with children under 16 <br> 8) Surrender Passport to the Middlesex Superior Court Clerks Office (Newton DC to be notified for transfer of property) | | |
| 07/01/2019 | Bail warnings read <br> Judge: Flaherty, Daniel | | |
| 07/01/2019 | Defendant is ordered committed in lieu of having posted bail. <br> Judge: Flaherty, Daniel | | |
| 07/01/2019 | Issued on this date: <br><br> Mittimus in Lieu of Bail <br> Sent On:  07/01/2019 11:26:09 | 4 | Image |
| 07/01/2019 | Case assigned to: <br> DCM Track C - Most Complex was added on 07/01/2019 | | |
| 07/01/2019 | ORDER: for Dismissal of Outstanding Monies Owed | 5 | Image |
| 07/01/2019 | Finding and Order on Bail: <br><br> Judge: Flaherty, Daniel | 6 | Image |
| 07/01/2019 | Commonwealth files the statement of the case. | 7 | |
| 07/01/2019 | Commonwealth 's Notice of Discovery  I | 8 | Image |
| 07/22/2019 | Habeas Corpus for defendant issued to Middlesex Jail returnable for 07/23/2019 09:00 AM Bail Hearing. | 9 | Image |
| 07/23/2019 | Commonwealth 's Notice Of Discovery II | 10 | Image |
| 07/23/2019 | Conditions of release on bail:  Other Special Condition <br> 1) GPS with curfew 10pm-7am <br> 2) Defendant must remain in MA; however, travel to NH permitted for court dates, medicalappointments and legal appointments, with 48 hours notice to Probation; GPS Exclusion zone of The Fessenden School/Academy <br> 2) No contact, direct / indirect, with victim or members of victim's family <br> 3) Must sign waiver of rendition <br> 4) No contact, direct / indirect, with the Concord (NH) School District student that assisted at the Fessenden School/Academy Camps, from 2015- present <br> 5) No contact direct / indirect, and stay away from the Concord (NH) School District personnel, student and buildings <br> 6) No unsupervised contact with children under 16 <br> 7) No employment / volunteer wok with children under 16 <br> 8) Must surrender passport to the Middlesex Superior Court Clerk's Office <br> 9) Do not apply for any travel documents, including visas or passports or drivers licenses or government ID cards, without advance approval of the Probation service <br> 10) Massachusetts address must be provided/approved prior to release <br><br> Judge: Lu, Hon. John T | | |
| 07/23/2019 | Bail set at $75,000.00 Surety, $7,500.00 Cash.  **** DEFENDANT IS NOT TO BE RELEASE UNTIL FITTED WITH GPS AND PROBATION HAS VERIFIED ADDRESS OF RESIDENCE**** | | |
| 07/23/2019 | Issued on this date: <br><br> Mittimus in Lieu of Bail <br> Sent On:  07/23/2019 12:00:19 | 11 | Image |

| Docket Date | Docket Text | File Ref Nbr. | Image Avail. |
|---|---|---|---|
| 07/23/2019 | Event Result:: Bail Hearing scheduled on:<br>          07/23/2019 09:00 AM<br>Has been: Held as Scheduled<br>Hon. John T Lu, Presiding<br>Staff:<br>          Michelle Goldman, Assistant Clerk Magistrate<br>          Mary Santiago, Assistant Clerk Magistrate<br>PO Busby<br>FTR Steve Mattos | | |
| 07/23/2019 | Findings and Order of Statutory Fees<br><br>Judge: Lu, Hon. John T | 12 | Image |
| 07/23/2019 | ORDER: For Dismissal Of Outstanding Monies Owed<br><br>Judge: Lu, Hon. John T | 13 | Image |
| 07/23/2019 | Medical Recordsreceived from Defense Counsel (Submitted During Bail Hearing) | 14 | |
| 07/23/2019 | Defendant 's Notice of Filing of Impounded Information (Medical Records Submitted During Bail Hearing) | 15 | Image |
| 08/09/2019 | Issued on this date:<br><br>Mittimus in Lieu of Bail<br>Sent On:  08/09/2019 12:44:20<br><br>UPDATED MITT:  to reflect release only to GPS.  Per ACPO Cashman on 8/9/19, address has been approved. Attest, Asst. Clerk Goldman, 8/9/19. | 16 | Image |
| 09/11/2019 | Habeas Corpus for defendant issued to Middlesex Jail returnable for 09/12/2019 09:00 AM Hearing on Compliance. | 18 | Image |
| 09/12/2019 | Commonwealth 's Notice Of Discovery III | 19 | Image |
| 09/12/2019 | Defendant 's Motion To Amend Conditions Of Bail (Curfew) | 20 | Image |
| 09/12/2019 | Affidavit of Defendant's Motion To Amend Conditions Of Bail (Curfew) | 20.1 | |
| 09/12/2019 | Endorsement on Defendant's Motion To Amend Conditions Of Bail (Curfew), (#20.0):  ALLOWED<br>ALLOWED so much as a window from the 24/7 GPS is established from 6AM-12 midnight for verified employment. J Pierce<br>Attest: AC Goldman<br><br>Judge: Pierce, Hon. Laurence D | | Image |
| 09/12/2019 | Event Result:: Hearing on Compliance scheduled on:<br>          09/12/2019 12:00 PM<br>Has been: Held as Scheduled<br>Hon. Laurence D Pierce, Presiding<br>Appeared:<br>          Prosecutor<br>                    Radu Brestyan, Esq., Attorney for the Commonwealth<br>          Defendant     Primo H Leung<br>                    Ghazi Daniel Al-Marayati, Esq., Private Counsel<br>Staff:<br>          Michelle Goldman, Assistant Clerk Magistrate<br>          Mary Santiago, Assistant Clerk Magistrate<br><br>FTR K. Jordan | | |
| 09/12/2019 | Event Result:: Bail Hearing scheduled on:<br>          09/12/2019 09:00 AM<br>Has been: Held as Scheduled<br>Hon. Laurence D Pierce, Presiding<br>Appeared:<br>          Prosecutor<br>                    Radu Brestyan, Esq., Attorney for the Commonwealth<br>          Defendant     Primo H Leung<br>                    Ghazi Daniel Al-Marayati, Esq., Private Counsel<br>Staff:<br>          Michelle Goldman, Assistant Clerk Magistrate<br>          Mary Santiago, Assistant Clerk Magistrate<br>PO Sara Linares/Carmen<br>FTR K Jordan | | |

| Docket Date | Docket Text | File Ref Nbr. | Image Avail. |
|---|---|---|---|
| 11/06/2019 | Event Result::  Hearing on Compliance scheduled on:<br>    11/06/2019 09:00 AM<br>Has been: Held as Scheduled<br>Comments: FTR: K. Jordan<br>Hon. Joshua Wall, Presiding<br>Appeared:<br>    Prosecutor    ADA Alicia Walsh<br>    Defendant    Primo H Leung<br>           Ghazi D Al-Marayati, Esq., Private Counsel<br>Staff:<br>    Michelle Goldman, Assistant Clerk Magistrate<br>    Mary Santiago, Assistant Clerk Magistrate | | |
| 12/16/2019 | Commonwealth 's Notice of Discovery IV | 21 | Image |
| 01/17/2020 | Event Result::  Hearing on Compliance scheduled on:<br>    01/17/2020 09:00 AM<br>Has been: Held as Scheduled - Held off Record<br>Hon. Kathe M Tuttman, Presiding<br>Appeared:<br>    Prosecutor<br>        Radu Brestyan, Esq., Attorney for the Commonwealth<br>    Defendant<br>        Ghazi D Al-Marayati, Esq., Private Counsel<br>Staff:<br>    Mary Santiago, Assistant Clerk Magistrate<br><br>Held off Record/No FTR | | |
| 01/17/2020 | Defendant 's Motion For Bill Of Particulars | 22 | Image |
| 01/17/2020 | Affidavit of Counsel In Support Of Defendant's Motion For Bill Of Particulars | 22.1 | Image |
| 01/17/2020 | Defendant 's Motion For Discovery Of Exculpatory Evidence | 23 | Image |
| 01/17/2020 | Affidavit of Counsel In Support Of Defendant's Motion For Discovery Of Exculpatory Evidence | 23.1 | Image |
| 01/17/2020 | Commonwealth 's Supplemental Notice Of Discovery V | 24 | Image |
| 02/27/2020 | Endorsement on Defendant's Motion For Bill Of Particulars, (#22.0):  ALLOWED<br>After hearing, with the Commonwealth's assent, ALLOWED. J Tuttman<br><br>Judge: Tuttman, Hon. Kathe M | | Image |
| 02/27/2020 | Defendant 's Motion To Temporarily Amend Condition Of Bail, To Provide Defendant A Copy Of His Passport, And To Impound (IMPOUNDED) | 25 | |
| 02/27/2020 | Affidavit of Counsel In Support Of Defendant's Motion To Temporarily Amend Conditions Of Bail, To Provide Defendant A Copy Of His Passport, And To Impound (IMPOUNDED) | 25.1 | |
| 02/27/2020 | Defendant 's Notice Of Filing Of Impounded Information (Paper #25) | 26 | Image |
| 02/27/2020 | Endorsement on Defendant's Motion To Temporarily Amend Conditions Of Bail, To Provide Defendant A Copy Of His Passport, And To Impound (IMPOUNDED), (#25.0):  ALLOWED<br>After hearing, without oppositon, ALLOWED. J Tuttman | | |
| 02/27/2020 | Matter taken under advisement:  Non-Evidentiary Hearing scheduled on:<br>    02/27/2020 09:00 AM<br>Has been: Held - Under advisement<br>Comments: FTR: R. Petrucci<br>Hon. Kathe M Tuttman, Presiding<br>Appeared:<br>    Prosecutor<br>        Radu Brestyan, Esq., Attorney for the Commonwealth<br>    Defendant    Primo H Leung<br>        Ghazi D Al-Marayati, Esq., Private Counsel<br>Staff:<br>    Michelle Goldman, Assistant Clerk Magistrate<br>    Mary Santiago, Assistant Clerk Magistrate | | |
| 02/27/2020 | Docket Note: Pursuant to Paper #25 a copy of the defendant's passport was given to him from here via the Newton District Court.  The Newton District Court is still in possession of the defendant's passport.  Assistant Clerk Christina Lucci sent the First Assistant Clerk a copy of the docket indicating that the passport should be transferred here. | | |

| Docket Date | Docket Text | File Ref Nbr. | Image Avail. |
|---|---|---|---|
| 02/27/2020 | Conditions of release on bail:  GPS Monitoring<br>After hearing, defendant permitted to remove GPS for medical procedure on 3/4/20. He is to cooridnate removal, and re-strapping on either 3/4/20 or 3/5/30, with probation department.  Defendant will be permitted to make copy of passport at Clerk's Office.  All other conditions remain in full force.  Tuttman, J. 2/27/20<br><br>Judge: Tuttman, Hon. Kathe M | | |
| 02/27/2020 | Event Result::  Bail Hearing scheduled on:<br>    02/27/2020 09:00 AM<br>Has been: Held as Scheduled<br>Comments: FTR: R. Petrucci<br>Hon. Kathe M Tuttman, Presiding<br>Appeared:<br>    Prosecutor<br>        Radu Brestyan, Esq., Attorney for the Commonwealth<br>    Defendant     Primo H Leung<br>        Ghazi D Al-Marayati, Esq., Private Counsel<br>    Staff:<br>        Michelle Goldman, Assistant Clerk Magistrate<br>        Mary Santiago, Assistant Clerk Magistrate | | |
| 02/27/2020 | Endorsement on Defendant's Motion For Exculpatory Evidence, (#23.0):  DENIED<br>After hearing, DENIED, for substantially the reasons set forth in the Commonwealth's opposition. J Tuttman | | Image |
| 02/27/2020 | Commonwealth 's Notice Of Discovery | 27 | Image |
| 02/27/2020 | Commonwealth 's Response To Defendant's Motion For Bill Of Particulars | 28 | Image |
| 02/27/2020 | Commonwealth 's Memorandum In Opposition To The Defendant's Motion For Discovery Of Exculpatory Evidence (IMPOUNDED) | 29 | |
| 02/27/2020 | Commonwealth 's Notice Of Impounded Information (Paper #29) | 30 | Image |
| 02/28/2020 | The following form was generated:<br>A Clerk's Notice was generated and sent to:<br>Attorney:  Ghazi D Al-Marayati, Esq.<br>Attorney:  Radu Brestyan, Esq. | | |
| 03/02/2020 | General correspondence regarding Receipt for Surrender of Passport. This Receipt is IMPOUNDED | 31 | Image |
| 03/02/2020 | Docket Note: Newton District Court has surrendered the defendant's passport this day. The passport has been indexed and securely stored in the Clerk's Office | | |
| 03/02/2020 | General correspondence regarding Notice Regarding United States passport for criminal Defendant Copy mailed to United states Department of State | 32 | |
| 05/14/2020 | Court orders rescheduling due to State of Emergency surrounding the Covid-19 virus.:  Final Trial Conference scheduled on:<br>    05/28/2020 09:00 AM<br>Has been: Rescheduled-Covid-19 emergency      For the following reason: By Court due to Covid-19<br>Hon. Laurence D Pierce, Presiding<br>Staff:<br>    Michelle Goldman, Assistant Clerk Magistrate<br>    Mary Santiago, Assistant Clerk Magistrate | | |
| 05/14/2020 | Court orders rescheduling due to State of Emergency surrounding the Covid-19 virus.:  Jury Trial scheduled on:<br>    06/08/2020 09:00 AM<br>Has been: Rescheduled-Covid-19 emergency      For the following reason: By Court due to Covid-19<br>Hon. Laurence D Pierce, Presiding<br>Staff:<br>    Michelle Goldman, Assistant Clerk Magistrate<br>    Mary Santiago, Assistant Clerk Magistrate | | |
| 05/14/2020 | Rule 36 waived re:<br><br>by defense cousnel from 6/8/20 through 11/10/20 | | |
| 05/14/2020 | Commonwealth, Defendant 's Joint Motion To Reschedule Trial | 33 | Image |
| 05/14/2020 | Affidavit of Defense Counsel In Support Of Joint Motion To Reschedule Trial | 33.1 | Image |

| Docket Date | Docket Text | File Ref Nbr. | Image Avail. |
|---|---|---|---|
| 10/22/2020 | Event Result::  Final Trial Conference scheduled on:<br>            10/29/2020 09:00 AM<br>Has been: Rescheduled      For the following reason: Joint request of parties<br>Hon. Joshua Wall, Presiding<br>Staff:<br>            Michelle Goldman, Assistant Clerk Magistrate<br>            Mary Santiago, Assistant Clerk Magistrate | | |
| 10/22/2020 | Event Result::  Jury Trial scheduled on:<br>            11/10/2020 09:00 AM<br>Has been: Rescheduled      For the following reason: Joint request of parties<br>Hon. Joshua Wall, Presiding<br>Staff:<br>            Michelle Goldman, Assistant Clerk Magistrate<br>            Mary Santiago, Assistant Clerk Magistrate | | |
| 10/22/2020 | Other 's Joint Motion to reschedule trial | 34 | Image |
| 10/22/2020 | Endorsement on Joint motion to reschedule trial, (#34.0):  ALLOWED<br>by agreement<br><br>Judge: Wall, Hon. Joshua | | Image |
| 10/22/2020 | Affidavit of Attorney | 34.1 | Image |
| 03/10/2021 | Commonwealth 's Notice of Discovery VII | 35 | Image |
| 04/06/2021 | Other 's Submission of Agreement to Temporarily amend conditions of Bail | 36 | Image |
| 04/06/2021 | Endorsement on Agreement to Temporarily amend condition of bail, (#36.0):  ALLOWED<br>without objection by comm and probation<br><br>Judge: Pierce, Hon. Laurence D | | Image |
| 04/07/2021 | Docket Note: Defendant obtained passport from Clerk's Office as authorized by paper #36. Passport will be returned to Clerk's Office today by 4pm. | | |
| 04/07/2021 | General correspondence regarding Receipt For Return Of Passport (IMPOUNDED) | 37 | |
| 04/07/2021 | General correspondence regarding Receipt for Surrender of Passport This Receipt is IMPOUNDED | 38 | |
| 04/08/2021 | Attorney appearance<br>On this date Radu Brestyan, Esq. dismissed/withdrawn as Attorney for the Commonwealth for Prosecutor Middlesex District Attorney | | |
| 04/08/2021 | Attorney appearance<br>On this date Allison Marissa Brown, Esq. added for Prosecutor Middlesex District Attorney | | Image |
| 04/15/2021 | Court orders rescheduling due to State of Emergency surrounding the Covid-19 virus.:  Final Trial Conference scheduled on:<br>            04/23/2021 09:00 AM<br>Has been: Rescheduled-Covid-19 emergency      For the following reason: By Court due to Covid-19<br>Hon. Paul D Wilson, Presiding<br>Staff:<br>            Michelle Goldman, Assistant Clerk Magistrate<br>            Mary Santiago, Assistant Clerk Magistrate | | |
| 04/15/2021 | Court orders rescheduling due to State of Emergency surrounding the Covid-19 virus.:  Jury Trial scheduled on:<br>            05/04/2021 09:00 AM<br>Has been: Rescheduled-Covid-19 emergency      For the following reason: By Court due to Covid-19<br>Hon. Paul D Wilson, Presiding<br>Staff:<br>            Michelle Goldman, Assistant Clerk Magistrate<br>            Mary Santiago, Assistant Clerk Magistrate | | |
| 04/15/2021 | 's Joint Motion to Continue Trial | 39 | Image |
| 04/15/2021 | Affidavit of Defense Counsel | 39.1 | Image |
| 12/30/2021 | Scheduled:<br>Event: Jury Trial<br>Date: 06/10/2022  Time: 09:00 AM | | |

| Docket Date | Docket Text | File Ref Nbr. | Image Avail. |
|---|---|---|---|
| 12/30/2021 | Court orders rescheduling due to State of Emergency surrounding the Covid-19 virus.:  Final Trial Conference scheduled on: <br> 01/14/2022 09:00 AM <br> Has been: Rescheduled-Covid-19 emergency       For the following reason: By Court due to Covid-19 <br> Hon. Laurence D Pierce, Presiding <br> Staff: <br>     Michelle Goldman, Assistant Clerk Magistrate <br>     Mary Santiago, Assistant Clerk Magistrate | | |
| 12/30/2021 | Court orders rescheduling due to State of Emergency surrounding the Covid-19 virus.:  Jury Trial scheduled on: <br> 01/25/2022 09:00 AM <br> Has been: Rescheduled-Covid-19 emergency       For the following reason: By Court due to Covid-19 <br> Hon. Laurence D Pierce, Presiding <br> Staff: <br>     Michelle Goldman, Assistant Clerk Magistrate <br>     Mary Santiago, Assistant Clerk Magistrate | | |
| 12/30/2021 | Commonwealth, Defendant 's Joint Motion To Continue | 40 | Image |
| 12/30/2021 | Affidavit of Defense Counsel In Support Of Joint Motion To Continue | 40.1 | Image |

## Case Disposition

| Disposition | Date | Case Judge |
|---|---|---|
| Active | 07/01/2019 | |