# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **FABIANA HILLARY MCLEOD, KARINA MCLEOD, and MARK MCLEOD,**  **Plaintiffs**  v.  **PRIMO "HOWIE" LEUNG, THE FESSENDEN SCHOOL, UNITED EDUCATORS, and 46 others**  **Defendants** | Civil Action No.: 1:21-cv-10807 |

### PLAINTIFFS' OPPOSITION TO
### DEFENDANT PRIMO LEUNG'S MEMORANDUM IN SUPPORT OF
### EMERGENCYMOTION FOR RELIEF FROM STAY PENDING MEDIATION

1. Local Rule 40.4(b) states, "**Disposition of 'Emergency' Matters.** The MBD judge will dispose of matters pursuant to subsection (a)(1), only to the extent necessary to meet the emergency."

2. There is no emergency.

3. This motion is presented in bad faith. The purpose of the motion to obtain an advantage in Mr. Leung's Middlesex Superior Court criminal case. Criminal defense counsel should conduct his discovery in that state forum and not in a federal civil action.

4. This motion has nothing to do with the upcoming mediation.

5. If the purpose of this motion truly was the upcoming mediation, and Ms. Pickett truly believed what she wrote in her email of March 31, 2022, at 11:15 A.M., "I do not think it is fair that I go into the mediation blind and lacking the records you shared with the other defendants" and "I believe that providing these records will aid in resolution of the case", then all she had to do was ask for the records shared with the other Defendants **AND** sign

|   |   |
|---|---|
|   | an appropriate, very restrictive confidentiality and non-disclosure agreement as the other Defendants have done. |
| 6. | This motion is an inappropriate attempt to use the upcoming mediation as cover to shuttle confidential mental health records to Mr. Leung's criminal defense attorney whose motion in the Middlesex Superior Court to obtain those records was denied by that Court. |
| 7. | This issue was addressed in January 2022 as documented in two letters to Ms. Pickett, dated January 13, 2022 and January 18, 2022. See Exhibit 1 and Exhibit 2. The Plaintiffs incorporate those letters in this paragraph. |
| 8. | Ms. Pickett agreed to include Mr. Leung in the mediation months ago. If she thought she needed more information, she could have and should have resolved that issue prior to agreeing to mediation. |
| 9. | Ms. Pickett appeared at a court hearing requested by the Plaintiffs' New Hampshire counsel *before* this Court issued its stay. The purpose of the March 8, 2022 hearing was to request Mr. Leung's divorce records. During this hearing Ms. Pickett was quick to point out to the New Hampshire judge that this Court had since ordered a stay. See Exhibit 3. The New Hampshire judge relied on her representation. Cleary, Ms. Picket was aware of the stay and could have moved this court to lift its stay at that time. Now, suddenly, lifting the stay is an "emergency". |
| 10. | Ms. Pickett is not Mr. Leung's criminal defense counsel; the Middlesex Superior Court Docket she attached to her Memorandum does not identify her as criminal defense counsel. If Mr. Leung's criminal defense counsel feels he is entitled to the records at issue, then he should file another motion with the Middlesex Superior Court, and *not* rely on civil defense counsel to ask this Court to order the production of records that will be shuttled to defense counsel faster than the speed of light. |

## CONCLUSIONS

For all of the above reasons, the Plaintiffs respectfully request that this Court deny this motion.

Respectfully submitted,
The Plaintiffs,

By their attorneys,

*/s/ Domenic Paolini*
Domenic Paolini, Esq.
BBO # 643215
office: 617.951.0300
cell: 617.372.1514
email: dpaolini@paoliniandhaley.com

Richard M. Haley, Esq.
BBO # 553253
email: rhaley@paoliniandhaley.com

**PAOLINI & HALEY**
400 Tradecenter Drive
Suite 5900
Woburn, MA 01801

Dated: March 31, 2021

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing will be served via the ECF system on all counsel of record, and that counsel not receiving electronic notifications via the ECF system will be served via first class U.S. mail, postage prepaid.

/s/ Domenic Paolini
_____

Dated: March 31, 2021