# THE STATE OF NEW HAMPSHIRE
# JUDICIAL BRANCH
# NH CIRCUIT COURT

**MERRIMACK COUNTY**                                   **6TH CIRCUIT - FAMILY DIVISION - CONCORD**

### In the Matter of:
### Colleen Snow Leung, Petitioner, and Howie Leung, Respondent
### Case No. 629-2019-DM-00145

### ORDER

The Court conducted a hearing regarding the Petition of Fabiana McLeod and Mark McLeod's Access to Court Records. Attorney Mark M. Rufo appeared on behalf of the McLeods. The Petitioner appeared pro se. The Respondent was not in appearance but was represented by Attorney Karen A. Pickett.

The Court heard arguments from attorneys Rufo and Pickett and reviewed the objection filed by Colleen Snow along with the prior orders in this case. The Court understands that discovery in the pending Massachusetts civil action has been stayed pending the parties' attendance at mediation scheduled for next month. This is a sealed marital file and involves minor children. Based on the status of the Massachusetts case and a review of the current pleadings the Court respectfully denies the McLeod's' request **at this time**. The parties were advised of the Courts decision during the course of the hearing.

All other Orders not inconsistent with this Order remain in full force and effect.

**Recommended:**

March 8, 2022
Date                                                Signature of Marital Master

Thomas G. Cooper, Marital Master
Printed Name of Marital Master

**So Ordered:**

I hereby certify that I have read the recommendation(s) and agree that, to the extent the marital master/judicial referee/hearing officer has made factual findings, she/he has applied the correct legal standard to the facts determined by the marital master/judicial referee/hearing officer.

3/8/22
Date                                                Signature of Judge

Henrietta W. Luneau
Printed Name of Judge