UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FABIANA HILLARY MCLEOD, *et al.*, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> SOLOMON J. KUMIN, *et al.*, ) <br> ) <br> Defendants. ) | CIVIL ACTION <br> No. 21-10807-FDS |

**REPORT RE: REFERENCE FOR
ALTERNATIVE DISPUTE RESOLUTION**

TO CHIEF DISTRICT JUDGE F. DENNIS SAYLOR, IV

[ ]  The parties have informed the court that they wish to withdraw their request for ADR at this time.

[X]  On April 8, 2022, I held the following ADR proceedings:

\_\_ SCREENING CONFERENCE        \_\_ EARLY NEUTRAL EVALUATION

\_\_ FOLLOWUP CONFERENCE        \_\_ SUMMARY BENCH / JURY TRIAL

\_\_ MINI-TRIAL                            X   MEDIATION ( and telephone conferences on April 7, 2022)

[X]  All parties were represented by counsel.

[X]  The parties were present in person or by authorized corporate officer/ individual.

The case was:

[ ]  Settled.

[ ]  There was significant progress.

[X]  Further efforts to settle this case at this time are, in my judgment, unlikely to be productive.  This case should be restored to your trial list.

[ ]  Suggested strategy to facilitate settlement: await further word from the parties.

[ ]  Other:

Dated: April 8, 2022                            /s/ Katherine A. Robertson
                                                          KATHERINE A. ROBERTSON
                                                          ADR Provider; U.S. Magistrate Judge