IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FABIANA MCLEOD, MARK MCLEOD KARINA MCLEOD <br><br> Plaintiffs, <br><br> v. <br><br> SOLOMON KUMIN, PRIMO LEUNG, et al. <br><br> Defendants. | CASE NO. 1:21-cv-10807-FDS |

**EMERGENCY MOTION FOR EXTENSION OF TIME TO ANSWER COMPLAINT**

Defendant Primo Leung respectfully requests that this Court grant him a one-week extension of time to respond to the Complaint.  Currently, the response deadline is today, September 14, 2022.

As grounds for this motion, Mr. Leung's counsel asserts that she was just informed by her husband that his brother died suddenly this morning

                                              Respectfully submitted,

                                              /s/Karen A. Pickett
                                              _____
                                              Karen A. Pickett (BBO # 633801)
                                              Pickett Law Offices, P.C.
                                              125 High Street, 26th Floor
                                              Boston, MA  02110
                                              (617) 423-0485
                                              kpickettlaw@gmail.com

Dated:  September 14, 2022

**CERTIFICATE PURSUANT TO LOCAL RULE 7.1 AND FED.R.CIV.P 26(c)**

  I hereby certify that I sent an email to Plaintiff's this counsel at 11:30 a.m., but have not heard back as of the time of this filing.

               /s/ Karen A. Pickett

Dated:  August 19, 2022

**CERTIFICATE OF SERVICE**

  I hereby certify that a true and accurate copy of the foregoing will be served via the ECF system on all counsel of record, and that counsel not receiving electronic notifications via the ECF system will be served via first class U.S. mail, postage prepaid.

               /s/ Karen A. Pickett

Dated:  September 14, 2022