IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FABIANA MCLEOD, MARK MCLEOD
KARINA MCLEOD

    Plaintiffs,

v.

THE FESSENDEN SCHOOL, PRIMO LEUNG, et al.

    Defendants.

CASE NO. 1:21-cv-10807-FDS

### DEFENDANT PRIMO LEUNG'S ANSWER AND JURY CLAIM

The defendant, Primo Leung (hereinafter "Defendant") hereby answers the plaintiff's complaint as follows:

### GENERAL ANSWER

The Court has struck certain portions of the complaint. Moreover, the complaint raises many factual allegations and claims as to the Fessenden defendants. Mr. Leung will answer the allegations directed to him and, for those that are not, he states that he has no knowledge as to these matters and therefore denies them.

### ANSWERS TO SPECIFIC PARAGRAPHS DIRECTED TO DEFENDANT LEUNG

1,    Denied.

5.    Denied.

6    Denied.

7.    Admitted.

23.    Admitted.

105.    Admitted.

108.    Admitted.

109.    Denied.

1

110. Denied.

111. Denied.

112. Denied.

113. Admitted.

115. Admitted.

117. Admitted.

119. Admitted.

120, Defendant admits to recruiting students.

121. Defendant admits that Plaintiff was to be a helper at the program.

122. Defendant admits to speaking to Mr. McLeod about the program but does not recall the exact conversation.

123. Admitted.

124. Denied.

125. Denied.

126. Denied.

127. Denied.

128. Denied.

129. Admitted except to the extent that the room is characterized as "secluded" and further answering the assignment included a roommate.

130. Denied.

131. Admitted that Plaintiff was assigned a roommate, but denied as to the characterization of "Howie's Concord Girls."

132. Denied.

133. Denied.

134. Admitted that Mr. Leung would be in the room watching movies but denied as to "lay" and "supposedly."

135. Denied.

136. Denied.

137. Denied.

138. Denied.

139. Denied.

140. Admitted.

141. Denied.

142, Admitted except to the term "pretense" and further stating the room was not a private room, but a group hangout room.

143. Denied.

144. Denied.

145. Denied.

146. Denied.

147. Denied.

148. Denied.

149. Denied.

150. Defendant has no knowledge and therefore denies it.

151. Denied.

152. Admitted.

153. Admitted.

154. Denied.

155. Denied.

156. Defendant has no knowledge and therefore denies it.

157. Defendant has no knowledge and therefore denies it.

158. Denied.

159. Admitted as to first two sentences.  Denied as to third sentence.

160. Denied.

162. Denied.

164, Defendant has no knowledge and therefore denies it.

165. Denied

166. Defendant has no knowledge and therefore denies it.

## ANSWERS TO CLAIMS AGAINST DEFENDANT LEUNG

## COUNT VI

213, Denied.

## COUNT IX

220. Admitted that at times Defendant was called "co-director" and other times called "assistant director."

221. Denied.

222. Denied.

223. Denied.

224. Denied.

## COUNT LI

543. Admitted.

544. Denied.

545. Denied.

## COUNT LII

546. Admitted.

547. Denied.

548. Denied.

## COUNT LXII

593. Denied.

594. Denied.

595. Denied.

## COUNT LXIII

There are no numbered paragraphs in this Count.   Denied.

## COUNT LXIV

There are no numbered paragraphs in this Count.  Denied.

## ANSWER TO PRAYER FOR RELIEF

DEFENDANT DENIES THE ALLEGATIONS CONTAINED IN THE "PRAYER FOR RELIEF' AND DENIES THAT PLAINTIFFS ARE ENTITLED TO RELIEF.

## AFFIRMATIVE DEFENSES

## FIRST AFFIRMATIVE DEFENSE

Plaintiffs fail to state a claim upon which relief may be granted.

## SECOND AFFIRMATIVE DEFENSE

Plaintiffs' claims are barred in whole or in part because any alleged injury or damages arose out of or were the result of the negligent act or omissions of another party(ies) for which the defendant has no responsibility or control.

## THIRD AFFIRMATIVE DEFENSE

Plaintiffs' claims are barred in whole or in part due to their failure to mitigate their damages.

## JURY CLAIM

THE DEFENDANT DEMANDS A TRIAL BY JURY AS TO ALL ISSUES PROPERLY TRIABLE.

                                              Respectfully submitted,

                                              PRIMO LEUNG

                                              BY HIS ATTORNEY

                                              /s/Karen A. Pickett
                                              _____
                                              Karen A. Pickett (BBO # 633801)
                                              Pickett Law Offices, P.C.
                                              125 High Street, 26th Floor
                                              Boston, MA  02110
                                              (617) 423-0485
                                              kpickettlaw@gmail.com

Dated:  September 21, 2022

## **CERTIFICATE OF SERVICE**

      I hereby certify that a true and accurate copy of the foregoing will be served via the ECF system on all counsel of record, and that counsel not receiving electronic notifications via the ECF system will be served via first class U.S. mail, postage prepaid.

                                                                                                /s/ Karen A. Pickett

                                                                                                 _____

Dated:  September 21, 2022