**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| **FABIANA MCLEOD, KARINA MCLEOD, and MARK MCLEOD** | |
| **Plaintiffs** | |
| **v.** | **C.A. No. 1:21-cv-10807** |
| **THE FESSENDEN SCHOOL, PRIMO "HOWIE" LEUNG, ET ALS.** | |
| **Defendants** | |

**MOTION OF COUNSEL
FOR THE PLAINTIFFS FABIANA MCLEOD, MARK MCLEOD, AND KARINA MCLEOD
SEEKING LEAVE TO WITHDRAW AS THEIR ATTORNEY**

Pursuant to Local Rule 83.5.2(c)(2), Attorneys Domenic Paolini and Richard Haley, and their firm Paolini & Haley, move this Court for leave to withdraw as counsel for plaintiffs Fabiana McLeod, Karina McLeod, and Mark McLeod. Plaintiffs' counsel believes the Massachusetts Rules of Professional Conduct provide good cause to permit them to withdraw their representation of the plaintiffs in this matter. In support of their Motion to Withdraw, plaintiffs' counsel states as follows.

1.  There has been a breakdown of communication as well as irreconcilable differences in the course of action. Between September 12, 2022 and the present, plaintiffs' counsel provided multiple notices to the plaintiffs that fundamental disagreements as to the recommended course of action would require plaintiffs' counsel to withdraw their representation of the plaintiffs in this case.

2.  Because of these irreconcilable differences and the breakdown in communication, Attorneys Paolini and Haley and their firm are unable to adequately represent plaintiffs in the above- captioned matter.

3.  Continued representation of plaintiffs Fabiana McLeod, Karina McLeod, and Mark McLeod by Attorney Paolini and Attorney Haley will result in at least one violation of the Massachusetts Rules of Professional Conduct.

4.  The fundamental difference in opinion as to the course of action in this case that cannot and will not be resolved, as well as the complete and total breakdown in communication between plaintiffs' counsel and plaintiffs, has rendered representation of the plaintiffs unreasonably difficult.

5.  On or about September 27, 2022, defendant counsel reached out for a demand figure from the plaintiffs. This overture to possibly settle this case was passed on to the plaintiffs several times. The plaintiffs have not responded.

6.  On October 6, 2022 and October 13, 2022, plaintiffs' counsel provided plaintiffs with notice that the circumstances require plaintiffs' counsel to withdraw representation in this case.

7.  Pursuant to Local Rule 83.5.2(d), this motion will be sent to plaintiffs via overnight delivery with a letter advising plaintiffs that any objections to the requested withdrawal of counsel must be filed within 14 days after service.

8.  Counsel for the defendants were notified on October 13, 2022 by e-mail that Attorneys Paolini and Haley intended to file the present motion.

9.  This Motion is filed in good faith and not for the purpose of delay.

10. The plaintiffs have been informed of the ramifications of the withdrawals of counsel of record, which include, but are not limited to, the need for plaintiffs to take immediate steps to retain successor counsel.

**WHEREFORE**, plaintiffs' counsel respectfully request that this Court enter an Order

1.  allowing them to withdraw as counsel for plaintiff pursuant to Local Rule 83.5.2(c)(2);

2.  requiring the ex-clients and opposing parties/counsel to notify Attorney Domenic Paolini, Attorney Richard Haley, and the firm of Paolini & Haley in the event of a settlement and/or the trial date and to send them a copy of the final settlement agreement or judgement.

3.  stating that the court will reserve jurisdiction in the final judgment to enforce the charging lien and/or attorneys' lien, notice of which is attached to this motion;

4.  directing all future pleadings, motions, discovery, and any and all other communications concerning this matter be sent to the following email addresses:

    fabioneohone@gmail.com

    mkafhmcleod@hotmail.com

    mhmcleod72@gmail.com

5.  for any other such relief that this Court deems just.

Respectfully submitted,

*/s/ Domenic Paolini*
BBO # 643215
PAOLINI & HALEY, P.C.
400 Tradecenter STE 5900
Woburn, MA 01801
office: 617-951-0300
direct: 617-372-1514
dpaolini@paoliniandhaley.com

dated: October 14, 2022

## CERTIFICATE OF SERVICE

I hereby certify that on October 14, 2022 I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will notify all attorneys of record electronically.

I hereby certify that on October 14, 2022, I served a copy of this Motion on each individual plaintiff via email and Certified Mail, return receipt requested, addressed to the following:

Fabiana McLeod, 25 Broad Ave., Concord, NH 03301
Karina Mcleod, 25 Broad Ave., Concord, NH 03301
Mark McLeod, 71 Snowshoe Hill Rd, Gilmanton, NH 03237.

*/s/ Domenic Paolini*