## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **FABIANA MCLEOD, KARINA MCLEOD, and MARK MCLEOD**<br><br>**Plaintiffs**<br><br>v.<br><br>**THE FESSENDEN SCHOOL, PRIMO "HOWIE" LEUNG, ET ALS.**<br><br>**Defendants** | C.A. No. 1:21-cv-10807 |

### NOTICE OF ATTORNEYS' LIEN FOR FEES PURSUANT TO M.G.L. c. 221 § 50

Notice is hereby made to the Court, Plaintiffs Fabiana McLeod, Karina McLeod, and Mark McLeod and their successor counsel of an attorneys' lien for fees in this case.

M.G.L. c. 221 § 50, the Massachusetts attorney's lien for fees statute, states,

> From the authorized commencement of an action, counterclaim or other proceeding in any court, or appearance in any proceeding before any state or federal department, board or commission, the attorney who appears for a client in such proceeding shall have a lien for his reasonable fees and expenses upon his client's cause of action, counterclaim or claim, upon the judgment, decree or other order in his client's favor entered or made in such proceeding, and upon the proceeds derived therefrom. Upon request of the client or of the attorney, the court in which the proceeding is pending or, if the proceeding is not pending in a court, the superior court, may determine and enforce the lien; provided, that the provisions of this sentence shall not apply to any case where the method of the determination of attorneys' fees is otherwise expressly provided by statute.

Attorney Domenic Paolini, Attorney Richard Haley, and their firm, Paolini & Haley, have represented the plaintiffs since August 2020, a total of 26 months.

Plaintiffs' counsel have invested significant time in the investigation and prosecution of this case. The estimated legal fees, calculated on a per hour basis, total $1 million. At this point plaintiffs' counsel cannot provide a breakdown of the legal services rendered, as such disclosures would violate the attorney client privilege and work product doctrines and could be detrimental to the plaintiffs' future litigation of this case.

In addition, plaintiffs' attorneys and their firm have incurred significant costs and liabilities to date including, but not limited to:

- costs related to the investigation of the plaintiffs' claims in four (4) states
- the retention of three (3) experts to evaluate the plaintiffs' claims and to testify at trial
- costs related to the preparation of graphic media for a mediation
- travel expenses
- filing fee

Respectfully submitted,

*/s/ Domenic Paolini*
BBO # 643215
PAOLINI & HALEY, P.C.
400 Tradecenter STE 5900
Woburn, MA 01801
office: 617-951-0300
direct: 617-372-1514
dpaolini@paoliniandhaley.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 14, 2022 I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will notify all attorneys of record electronically.

I hereby certify that on October 14, 2022, I served a copy of this NOTICE on each individual plaintiff via email and Certified Mail, return receipt requested, addressed to the following:

Fabiana McLeod, 25 Broad Ave., Concord, NH 03301
Karina Mcleod, 25 Broad Ave., Concord, NH 03301
Mark McLeod, 71 Snowshoe Hill Rd, Gilmanton, NH 03237.

*/s/ Domenic Paolini*