# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FABIANA HILLARY MCLEOD, KARINA MCLEOD, and MARK MCLEOD,<br><br>Plaintiffs,<br><br>v.<br><br>SOLOMON J. KUMIN, THE FESSENDEN SCHOOL, PRIMO "HOWIE" LEUNG, MARK HANSEN, LINDA HANSEN, ALYSSA HANSEN, JOSEPH R. LAREAU, NUNU LAPHAI TYRELL BREWSTER, COUNSELOR DOE, COUNSELOR ROE, DONALD G. BRAMLEY, IAN LORING, MICHAEL R. MACH, MICHAEL P. MURRAY, JEFFREY ALLEN, CHRISTOPHER BARTEL, MELISA L. BERMAN, STEPHANIE M. BUCCI, TARA B. CIONGOLI, BRUCE C. DAYTON, EDWARD V. DENOBLE, ROBERT M. DICKEY, JENNIFER MUGAR FLAHERTY, CHARLES K. FADEL, KEITH B. GELB, CRAIG N. GEMMELL, MICHAEL S. GORDON, GRACE R. HOFFMANN, SUSAN B. LEVINE, PAMELA E. LOMAX, MARK C. MOORE, ELIZABETH H. MUNRO, PETER M. MULDERRY, V. G. NARAYANAN, CHRISTIAN NOLEN, STEVEN M. PECK, RACHEL E. SKIFFER, THOMAS S. ROBERTS, CHRISTINE L. TODD, DAVIDE D. VISCO, ROBERT L. WALDRON, JENNIFER L. STIER, PETER C. WELCH, TRUSTEE DOE, TRUSTEE ROE, DAVID B. STETTLER, KENNETH HOWE, and UNITED EDUCATORS,<br><br>Defendants. | Case No. 1:21-CV-10807-FDS |

## NOTICE OF APPEARANCE
## PAULA S. BLISS

PLEASE TAKE NOTICE that Paula S. Bliss, of the law firm of JUSTICE LAW COLLABORATIVE, LLC, hereby gives notice of appearance as counsel on behalf of Plaintiffs, Fabiana McLeod, Karina McLeod and Mark McLeod, in the above-captioned matter. All pleadings, court filings, notices, motions, discovery requests, papers, correspondence, and other documents in and concerning this action should be sent to the undersigned attorney of record.

Date:   November 15, 2022

PLAINTIFFS,
Fabiana McLeod, Karina McLeod & Mark McLeod,
By their Attorney,

Paula S. Bliss (BBO #652361)
JUSTICE LAW COLLABORATIVE
210 Washington Street
North Easton, MA 02356
Tel:     (508) 230-2700
Fax:     (385) 278-0287
Paula@justicelc.com

## CERTIFICATE OF SERVICE

I, Paula S. Bliss, hereby certify that on November 15th, 2022, this document was filed

through the CM/ECF system and will be sent electronically to the registered participants as

identified on the Notice of Electronic Filing.


Paula S. Bliss