# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

Fabiana Hillary McLeod et al
             Plaintiff(s)

V.

Solomon J Kumin et al
             Defendant(s)

CIVIL ACTION

NO. 1:21-10807-FDS

## ORDER OF REFERENCE
## FOR
## ALTERNATIVE DISPUTE RESOLUTION

After consultation with counsel and after consideration of the various alternative dispute resolution programs (ADR) available, I find this matter appropriate for ADR and accordingly, refer this case to Judge Katherine A. Roberston for the following ADR program:

_____ SCREENING CONFERENCE        _____ EARLY NEUTRAL EVALUATION
    X      MEDIATION                              _____ MINI-TRIAL
_____ SUMMARY JURY TRIAL              _____ SETTLEMENT CONFERENCE
_____ SPECIAL MASTER
_____ PRIVATE ALTERNATIVE DISPUTE RESOLUTION PROGRAM

_____ Pro Bono Counsel to be appointed for limited purpose of mediation proceedings.

Upon notification of the time and place designated for the proceeding, counsel are directed to be present with their clients or with appropriate settlement authority and to provide any written documentation which may be required for the particular ADR program. If counsel is engaged on trial or has any scheduling conflict and a continuance becomes necessary, the provider of the ADR program and other counsel should be advised of the conflict immediately.

1/19/2023
    DATE

/s/ F. Dennis Saylor IV

## CASE CATEGORY

| | | | |
|---|---|---|---|
| Admiralty | | FELA | \_\_\_\_\_ |
| Antitrust | \_\_\_\_\_ | Labor Relations | \_\_\_\_\_ |
| Civil Rights | \_\_\_\_\_ | Medical Malpractice | \_\_\_\_\_ |
| Contract | \_\_\_\_\_ | Personal Injury | \_\_\_\_\_ |
| Copyright/Trademark/Patent | \_\_\_\_\_ | Product Liability | \_\_\_\_\_ |
| Environmental | \_\_\_\_\_ | Shareholder Dispute | \_\_\_\_\_ |
| ERISA | \_\_\_\_\_ | Other | 320 Assault Libel & Slander |

(ADR Referral.wpd - 1/18/2011)