UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FABIANA HILLARY MCLEOD, KARINA MCLEOD, and MARK MCLEOD,<br><br>     Plaintiffs,<br><br>v.<br><br>THE FESSENDEN SCHOOL, DAVID STETTLER and PRIMO "HOWIE" LEUNG,<br><br>     Defendants. | C.A. No. 1:21-cv-10807 |

## PLAINTIFFS' MOTION FOR LEAVE TO FILE
## FIRST AMENDED COMPLAINT

Plaintiffs Fabiana McLeod, Karina McLeod and Mark McLeod hereby submit this Motion for Leave to Amend the Complaint and, for the reasons stated herein, requests that this Court find that Plaintiffs be permitted to amend their Complaint in this action, a copy of which is attached to this Motion as **Exhibit 1**. Defendants have indicated that they do not oppose Plaintiff's Motion. In further support, Plaintiff states the following.

### I.   INTRODUCTION AND FACTUAL BACKGROUND

Counsel for Plaintiffs filed the Complaint and Jury Demand on May 17, 2021 in the United States District Court of Massachusetts. This case arises out of the sexual assault and rape of Fabiana McCleod ("Fabiana"), a minor child, by Primo "Howie" Leung ("Leung"), a co-director of The Fessenden School English Language Learners ("The Fessenden School") summer program during the summers of 2015 and 2016. The original Complaint was well over 100 pages long.

On March 2, 2022, Chief Judge F. Dennis Saylor, IV entered an Electronic Order [Dkt 76] Staying this matter pending resolution of mediation.

On March 2, 2022, an Electronic Notice of an Alternative Dispute Resolution Conference was issued setting the ADR Hearing for April 8th, 2022 before Magistrate Judge Katherine A. Robertson.

On April 8, 2022, all parties and counsel attended the Settlement Conference before Magistrate Judge Katherine A. Robertson.

On April 8, 2022, Magistrate Judge Katherine A. Robertson entered her Report of Alternative Dispute Resolution [Dkt 88] and stated that "Further efforts to settle this case at this time are, in my judgment, unlikely to be productive. This case should be restored to your trial list."

On October 14th, 2022, Plaintiffs' counsel Domenic Paolini, Esquire filed a Motion to Withdraw as Plaintiffs' Attorney. In the interim, Plaintiffs and New Hampshire counsel sought additional Massachusetts counsel to proceed.

Plaintiffs retained Attorneys Paula S. Bliss and Kimberly A. Dougherty of Justice Law Collaborative on November 6, 2022 who filed their Notices of Appearance [Dkt 104] and [Dkt 103] on November 15, 2022.

During the status conference on January 19, 2023, the parties discussed the filing of a First Amended Complaint. Defense counsel indicated that they would not object to this motion and accordingly, the Court noted that Plaintiffs could file this motion and the First Amended Complaint would become the operative complaint. The Court also indicated that the matter would be stayed pending mediation in March 2023. Thus the Defendants would not be required to answer the Complaint until, and if resolution fails at, mediation.

Counsel for Plaintiffs seek to file The First Amended Complaint to supplement the facts, cure deficiencies and reform the named Defendants in this matter in an effort to better streamline this matter for fair and reasonable resolution.

Accordingly, and pursuant to Fed. R. Civ. P. 15(a) that permits amendments with leave of court, which a court should freely give when justice so requires Plaintiffs respectfully request this motion be allowed so that the First Amended Complaint can be filed.

Dated: January 26, 2023

**PLAINTIFFS FABIANA MCLEOD,
KARINA MCLEOD, and MARK MCLEOD**

By their Attorneys,

/s/ Paula S. Bliss

Paula S. Bliss, Esq.  (BBO 652361)
Kimberly A. Dougherty, Esq. (BBO 658014)
JUSTICE LAW COLLABORATIVE, LLC
210 Washington Street
North Easton, MA 02356
Tel: (508) 230-2700
paula@justicelc.com
kim@justicelc.com


Mark Rufo, Esq.
MARK RUFO, PC
131 W. Hollis Street
Nashua, NH 03060
Tel: (603) 882-8424
mark@markrufo.com

## LOCAL RULE 7.1 (A)(2) CERTIFICATION

Pursuant to Local Rule 7.1 (A)(2), Plaintiffs' counsel hereby certifies that they conferred with opposing counsel for The Fessenden School, David Stettler and Primo "Howie" Leung. At the conclusion of the meet and confer, counsel for Defendants indicated that they would not oppose the Motion.

Dated: January 26, 2023                    Respectfully submitted,

/s/ *Paula S. Bliss*
Paula S. Bliss, Esq.  (BBO 652361)
Kimberly Dougherty, BBO # 658014
Justice Law Collaborative, LLP
210 Washington Street
North Easton, MA 02356
Tel.  508-230-2700
Fax:  385-278-0287
paula@justicelc.com
kim@justicelc.com

## CERTIFICATE OF SERVICE

I, Paula Bliss, hereby certify that on January 26, 2023, a true and accurate copy of the foregoing to be served via ECF Notifications upon all counsel of record for all parties.

/s/ *Paula S. Bliss*
Paula S. Bliss, Esq.