UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FABIANA HILLARY MCLEOD, KARINA MCLEOD, and MARK MCLEOD,<br><br>Plaintiffs,<br><br>v.<br><br>THE FESSENDEN SCHOOL, DAVID STETTLER and PRIMO "HOWIE" LEUNG,<br><br>Defendants. | C.A. No. 1:21-cv-10807 |

## MOTION FOR ADMISSION *PRO HAC VICE*

I, Paula S. Bliss, Esq., am a member in good standing of the bar of this Court and the attorney of record for Plaintiffs in this case. My bar number is 652361. Pursuant to Local Rule 83.5.3, I am moving for the admission of Mark Rufo, Esq. to appear *pro hac vice* in this case as counsel for the Plaintiffs. Attorney Mark Rufo, Esq. is a member of the bar of New Hampshire. I have verified that Attorney Mark Rufo is a member in good standing of the New Hampshire bar to which he is admitted and there are no outstanding disciplinary or grievance proceedings against him. Attorney Mark Rufo's signed Affidavit is attached to this motion as Exhibit 1.

WHEREFORE, it is respectfully requested that this Court enter an Order specially admitting Mark Rufo as co-counsel for the Plaintiffs in the above-captioned case.

Respectfully submitted,

The Plaintiffs,
By their attorneys,

/s/ Paula S. Bliss
Paula S. Bliss, Esq.  (BBO 652361)
Kimberly A. Dougherty, Esq. (BBO 658014)
JUSTICE LAW COLLABORATIVE, LLC
210 Washington Street
North Easton, MA 02356
Tel: (508) 230-2700
paula@justicelc.com
kim@justicelc.com


Mark Rufo, Esq.
MARK RUFO, PC
131 W. Hollis Street
Nashua, NH 03060
Tel: (603) 882-8424
mark@markrufo.com

*Pro Hac Vice pending*

## LOCAL RULE 7.1 (A) (2) CERTIFICATION

I, Paula S. Bliss, Esq., counsel for Plaintiffs in the above captioned matter, hereby certify that, pursuant to Rule 7.1 (A)(2) of the Local Rules of the United States District Court of Massachusetts, Plaintiffs' counsel conferred with Michael Mazurczak, counsel for Defendant The Fessenden School & David Stettler and Karen Pickett, counsel for Primo "Howie" Leung on March 21, 2023 by e-mail and Michael Mazuczak and Karen Pickett confirmed that the Defendants assent to this motion.

Dated:  March 21, 2023                                   */S/ Paula Bliss*
                                                        Paula Bliss

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 21st day of March 2023, this Motion for Admission *Pro Hac Vice* was served, via electronic delivery to Defendants' counsel via CM/ECF system which will forward copies to Counsel of Record.

*/s/ Paula S. Bliss*