# EXHIBIT 1

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FABIANA HILLARY MCLEOD, MARK MCLEOD, KARINA MCLEOD,<br><br>Plaintiffs,<br><br>v.<br><br>THE FESSENDEN SCHOOL, DAVID STETTLER, PRIMO "HOWIE" LEUNG,<br><br>Defendants. | CIVIL ACTION NO. 1:21-cv-10807 |

**AFFIDAVIT OF MARK RUFO IN SUPPORT OF
MOTION FOR ADMISSION PRO HAC VICE**

I, Mark Rufo, on oath state and affirm as follows:

1. I am an attorney with Attorney Mark Rufo, PC, 131 W. Hollis Street, Nashua, NH 03060, and counsel for certain Plaintiffs in the above-captioned action;

2. I am an attorney licensed to practice and in good standing in the State of New Hampshire. I was admitted to practice in New Hampshire in 1979, and my NH Bar Number is 2215.;

3. I am in good standing in all the Bars of which I am a member, and there are no outstanding disciplinary or grievance proceedings against me. Attached hereto as Exhibit A is a Certificate of Good Standing from the New Hampshire Bar;

4. I will submit to all rules of practice and procedures before the Supreme Judicial Court of the Commonwealth of Massachusetts and I acknowledge that I am subject to discipline by the Supreme Judicial Court and the Board of Bar Overseers;

5. The pro hac vice registration fee required by the applicable Rules for my admission has been paid. See attached Exhibit B.

1

Signed and sworn under the penalties of perjury this 21st day of March, 2023.

                                                                            \_/Mark Rufo/_____
                                                                            Mark Rufo