# EXHIBIT A



**NEW HAMPSHIRE BAR ASSOCIATION**
Equal Justice Under Law · Celebrating 150 Years
1873 - 2023

2 Pillsbury Street, Suite 300, Concord, New Hampshire 03301-3502
T 603-224-6942 | F 603-224-2910 | www.nhbar.org

**BOARD OF GOVERNORS**

**Officers**
JONATHAN M. ECK
*President*
PAUL W. CHANT
*President-Elect*
KATHLEEN M. MAHAN
*Vice President*
SUSAN AILEEN LOWRY
*Secretary*
CHRISTOPHER T. REGAN
*Treasurer*
RICHARD GUERRIERO
*Immediate Past President*

**Governors-at-Large**
CATHERINE E. SHANELARIS
*Nashua*
CHRISTINE M. HANISCO
*Concord*
ROBERT R. LUCIC
*Manchester*
KRISTIN G. FIELDS
*Laconia*
JAMES A. SHEPARD
*Concord*

**Public Sector Governor**
LINDSEY B. COURTNEY

**Out of State Governor**
JASON B. DENNIS

**County Governors**
JESSE W. FRIEDMAN
*Belknap County*
LESLIE M. LEONARD
*Carroll County*
MONIQUE M. SCHMIDT
*Cheshire County*
SCOTT J. WHITAKER
*Coos County*
BARRY C. SCHUSTER
*Grafton County*
KYLE D. ROBIDAS
*Hillsborough County – North*
ANTHONY NARO
*Hillsborough County – South*
HEATHER A. CHERNISKE
*Merrimack County*
PAUL B. KLEINMAN
*Rockingham County*
JOSHUA WYATT
*Strafford County*
VANESSA WILSON
*Sullivan County*

**Executive Staff**
GEORGE R. MOORE, ESQ.
*Executive Director*
PAULA D. LEWIS
*Associate Executive Director for Operations*
MEGG ACQUILANO
*Director of Professional Development*
LYNNE G. SABEAN, ESQ.
*Director of Marketing, Communications & Member Outreach*

March 20, 2023

TO WHOM IT MAY CONCERN:

This is to certify that:

Name:   Mark MacLean Rufo
        Nashua, NH
Bar ID #:   2215
Current Status:   ACTIVE
Date of Admission:   October 10, 1979

is a member in good standing with the New Hampshire Bar Association, meaning the member's Association Dues and Court Fees are current; the member has taken the required Continuing Legal Education courses; and the member has affirmed that his/her Trust Accounts are in good order.

Sincerely,

Michele L. Gilbert
Member Records Coordinator

STATE OF NEW HAMPSHIRE

The foregoing instrument was acknowledged before me this 20th day of March 2023 by Michele L. Gilbert.

[Notary seal: Jennifer Greenwald, STATE OF NH, MY COMMISSION EXPIRES June 24, 2025, NOTARY PUBLIC]

*Supporting Members of the Legal Profession and Their Service to the Public and Justice System*