# EXHIBIT B

Please note that ONLY THIS FORM FILLED OUT ON THE WEBSITE, WILL BE ACCEPTED. Handwritten, annotated, copied, scanned or modified forms will be returned

# BOARD OF BAR OVERSEERS

## REGISTRATION STATEMENT FOR *PRO HAC VICE* ATTORNEYS

Attorney name (first MI last, suffix):  **Mark M. Rufo, Esq.**
Email address:  **mark@markrufo.com**
Complete Business/Mailing Address:

**Mark M. Rufo, Esq.**
**Attorney Mark Rufo, PC**
**131 W. Hollis St.**
**Nashua, NH 03060**

Board of Bar Overseers
Administrative Use Only

Date Received: 03-13-23
Amount Paid: $101.00
Date confirmation mailed: 03-13-23

Business phone:  **(603) 882-8424**

Court in which pro hac vice admission is sought:  **United States District Court for the District of Massachusetts**

Contact number for court:  **(617) 748-9152**

Party to be represented:  **Fabiana Hillary McLeod, Mark McLeod, Karina McLeod**

Docket number of case (if available):  **1:21-cv-10807**

Jurisdictions to which you have been admitted:  (Use second page for additional jurisdictions.)

| Type | Jurisdiction | License number |
|---|---|---|
| State | New Hampshire | 2215 |



RECEIVED
MAR 1 3 2023
Massachusetts Board of Bar Overseers Registration Dept.

I certify that (check one): ( ) the party I am representing in the case for which I am seeking pro hac vice admission is an indigent client, and I understand that no pro hac vice fee is due, or (✓) I have included the required pro hac vice fee.

Further, I certify, under the pains and penalties of perjury, that I am admitted to practice and in good standing in every jurisdiction where I am admitted, and I acknowledge that I am subject to discipline by the Massachusetts Supreme Judicial Court and the Board of Bar Overseers. I understand I am limited in my legal practice in Massachusetts to the case identified above.

I certify the information I have supplied the Board of Bar Overseers is true and complete.

*[signature]*

Signature (Please sign inside box above.)                    Date: 03/06/2023

Sign, print and mail original form to: Board of Bar Overseers, 99 High Street, 2nd Floor, Boston, MA 02110-2320