UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Fabiana Hillary McLeod, et al, <br> Plaintiffs <br> vs. <br> The Fessenden School, et al, <br> Defendants. | ) <br> ) <br> ) <br> ) C.A. No. 1:21-cv-10807 <br> ) <br> ) <br> ) <br> ) |

**JOINT MOTION TO CONTINUE THE APRIL 11, 2023 STATUS CONFERENCE**

NOW COME the parties jointly and hereby request that this Honorable Court CONTINUE AND RESCHEDULE the status conference presently scheduled for April 10, 2023 at 3:10 p.m.  Pursuant to Local Rule 40.3(a), the Parties state there is good cause for the filing of this Motion.  In support of this Motion the Parties state:

1. On March 31, 2023, the Parties attended a Mediation with Magistrate Judge Katherine Robertson.

2. Since the mediation the Parties have made and continue to make good faith efforts to resolve this case.

3. The Parties are seeking a continuance of the status conference on April 10, 2023 to allow the Parties additional time to determine if a resolution can be reached or if the Parties are prepared to proceed with litigation.

4. The Plaintiffs in this action are scheduled to meet with the state criminal prosecutor on April 14, 2023.

5. After that meeting, the Parties will be in a better position to determine if a resolution can be reached.

6. This extension is not intended to delay the resolution of the case.

7. It is in the interest of judicial economy to see if the case can be resolved before continuing litigation.

8. No party is prejudiced by the allowance of this Motion.

Accordingly, the Parties joint seek to CONTINUE the Status Conference until April 26, 2023 or to another date thereafter which is agreeable to the Court.

Respectfully Submitted,

The Plaintiffs,
By their attorneys,

*Paula Bliss*
Paula S. Bliss, BBO# 652361
paula@justicelc.com
Kimberly A. Dougherty, BBO# 658014
kim@justicelc.com
JUSTICE LAW COLLABORATIVE, LLC
210 Washington Street
North Easton, MA 02356
Tel: (508) 230-2700

Mark Rufo, *Pro Hac Vice*
mark@markrufo.com
MARK RUFO, PC
131 W. Hollis Street
Nashua, NH 03060
Tel: (603) 882-8424

Primo Leung,
By his attorney,

*Karen Pickett*
Karen A. Pickett, BBO # 633801
kpickettlaw@gmail.com
Pickett Law Offices, P.C.
125 High Street, 26th Floor
Boston, MA 02110
Tel: (617) 423-0485

The Fessenden Defendants,
By their attorneys,

*Michael J. Mazurzcak*
Robert P. Powers, BBO #544691
rpowers@melicklaw.com
Michael J. Mazurczak, BBO #555106
mmazurczak@melicklaw.com
Lauren C. Roche, BBO: #707661
lroche@melicklaw.com
Melick & Porter, LLP
One Liberty Square, 7th Floor
Boston, Massachusetts 02109
Tel: (617) 523-6200

Dated:4/7/2023

## **CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on this 7 day of April 2023, this Joint Motion to Continue the Status Conference was served, via electronic delivery to counsel of record via CM/ECF system which will forward copies to Counsel of Record.

                                                    *Michael J. Mazurczak*
                                                    Michael J. Mazurczak