AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | |
|---|---|
| Fabiana McLeod, Mark McLeod, Karina McLeod ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 1:21-CV-10807 |
| The Fessenden School, David Stettler, Primo Leung ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Fabiana McLeod, Mark McLeod, Karina McLeod.

Date: 04/10/2023

/s/Mark Rufo
*Attorney's signature*

Mark Rufo NH Bar #2215
*Printed name and bar number*
Attorney Mark Rufo, PC
131 W. Hollis St.
Nashua, NH 03060

*Address*

mark@markrufo.com
*E-mail address*

(603) 882-8424
*Telephone number*

(603) 882-2503
*FAX number*