IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **FABIANA MCLEOD, KARINA MCLEOD, and MARK MCLEOD**<br><br>**Plaintiffs**<br><br>v.<br><br>**THE FESSENDEN SCHOOL, PRIMO "HOWIE" LEUNG, ET ALS.**<br><br>**Defendants** | C.A. No. 1:21-cv-10807 |

## REQUEST FOR COURT REFERRAL OF THE ISSUE OF THE ATTORNEY LIEN TO MEDIATION OR ARBITRATION
## PURSUANT TO LOCAL RULE 16.4, ALTERNATIVE DISPUTE RESOLUTION

Paolini & Haley (P&H), original counsel, now requests that this court refer original and successor counsel to mediation, pursuant to Local Rule 16.4(c)(2)(A), or to arbitration, pursuant to Local Rule 16.4(a)(c)(3), to resolve the issue of the attorney lien filed by original counsel. As reasons, for this request, original counsel states the following:

1. Original and successor counsel have attempted to resolve this issue on their own but were unable to close a gap of $22,500.

2. Judge Robertson is already very familiar with this case and would be an ideal mediator or arbitrator to finally resolve this remaining issue and end this litigation.

3. A short arbitration or mediation should be able to efficiently close this gap.

4. The alternative would be to start enforcement of the attorney lien from the beginning and waste precious judicial and financial resources.

Therefore, original counsel respectfully requests that this court refer this issue for alternative dispute resolution in accordance with Local Rule 16.4.

Respectfully submitted,

*/s/ Domenic Paolini*
BBO # 643215
PAOLINI & HALEY, P.C.
75 STATE ST STE 100 - PMB 5478
BOSTON MA 02109-1826office: 617-951-0300
direct: 617-372-1514
dpaolini@paoliniandhaley.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 23, 2023 I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will notify all attorneys of record electronically.

*/s/ Domenic Paolini*