# UNITED STATES DISTRICT COURT DISTRICT OF MASSACHUSETTS

<u>Fabiana Hillary McLeod et al</u>
Plaintiff

                                                CIVIL ACTION
                                                NO. 1:21-10807-FDS

      V.

<u>The Fessenden School et al</u>
Defendant

## **SETTLEMENT ORDER OF DISMISSAL**

# <u>Saylor, C. J.</u>

      The Court having been advised on May 24, 2023, that the above-entitled action has been settled:

      **IT IS ORDERED** that this action is hereby dismissed without costs and without prejudice to the right of any party, upon good cause shown, to reopen the action within Thirty-Seven (37) days if settlement is not consummated.

                                                                    By the Court,

<u>May 24, 2023</u>                                           /s/Flaviana de Oliveira
Date                                                     Deputy Clerk